```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| RICHARD COLLINS, | : | CIVIL ACTION |
| | : | NO. 16-5671 |
|     Plaintiff, | : | |
| | : | |
|   v. | : | |
| | : | |
| THE CITY OF PHILADELPHIA, et al., | : | |
| | : | |
|     Defendants. | : | |

### O R D E R

**AND NOW,** this **5th** day of **January, 2017,** it is hereby **ORDERED** that the Motion to Dismiss (ECF No. 2) is **GRANTED** as unopposed.[1] All claims shall be dismissed as to the City of Philadelphia.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,     J.**

---

[1] Counsel for Plaintiff stated in a January 5 hearing that he does not oppose the motion.

1