# Philadelphia Police Department Arrest Report

Page 1 of 2 PARS

| | | | | |
|---|---|---|---|---|
| Defendant: last name: **COLLINS** | | Sex: **Male** | SSN: **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** | DOB: **04/22/1980** |
| first name: **RICHARD** | middle initial: | Race: **White** | | Birth Place: **Philadelphia** |

Address: 9101 BLUE GRASS RD Philadelphia PA 19114-0000  Phone #: 215-000-0000

| | | | | |
|---|---|---|---|---|
| Year: **2013** | District: **15** | DC#: **13-15-026895** | Sector: **3** | Ctrl#: **04373** |
| PID: **0797955** | SID: **24107761** | OTN: **N8536964** | Event: **121414739** | CBN: **1199890** |
| Crime Class: **310** | | Desc: **Robbery, Commercial Estab., by Handgun** | Authority: **Philadelphia Police Department** | |
| DFJ: **N** | | | FBI / FID: **409732XB3** | |

**Arrest Name:**  DOB: 00/00/0000  SSN:

Address given to PPD: 9101 BLUE GRASS RD Philadelphia PA 19114

**ARREST INFORMATION:**

Date / Time: 03/23/2013 07:49PM  District: 15  Inside/Outside: O  Arrest Type: **SA**
7500 TORRESDALE AV  Philadelphia PA 19124-
Slating Date: 03/24/2013  Slating Time: 02:31AM  Sum/Warr:  Issued By AC Magistrate:

**OCCURRENCE:**

Date / Time: 03/23/2013 07:49PM  Date reported: 03/23/2013 07:49PM  Inside/Outside: I  Codefendants?: N
4542 COTTMAN AV AV  Philadelphia PA 19124-

**FACTS OF THE CASE:**

ON SATURDAY MARCH 23, 2013, AT APPROX. 7:43PM, THE COMPLAINANT, XIU MEI XAIO, OWNER OF RED SUN FOOD MARKET, LOCATED AT 4542 COTTMAN AVE, STATES SHE WAS WORKING BEHIND THE COUNTER WHEN THE DEFENDANT, LATER IDENTIFIED AS RICHARD COLLINS, CAME IN THE STORE, APPROACHED THE COUNTER, THREW A QUARTER ON THE COUNTER AND GRABBED SOME MIKE N IKES CANDY. THE DEFENDNAT THEN PULLED OUT A BLACK HAND GUN, POINTED IT AT THE COMPLAINANT, AND DEMANDED SHE OPEN THE CASH REGISTER. THE COMPL. STATES WHILE SHE ATTEMPTED TO OPEN THE CASH REGISTER THE DEFENDANT BECAME ANGRY AND ATTEMPTED TO OPEN IT HIMSELF. THE DEFENDANT THEN POINTED THE HANDGUN AT THE COMPL. AND PULLED THE TRIGGER SEVERAL TIMES AS IF HE WAS ATTEMPTING TO SHOOT HER AND HELD THE WEAPON AS IF HE WANTED TO HIT HER WITH IT. THE COMPLAINANT STATES AT THAT POINT SHE NOTICED THE GUN WASN'T REAL. THE COMPLAINANT BEGAN TO FIGHT THE DEFENDANT OFF AS HE YANKED AT THE CASH REGISTER. THE DEFENDANT THEN PULLED THE CASH REGISTER FREE AND FLED THE STORE. MINUTES LATER, AS A RESULT OF FLASH INFO RELAYED OVER POLICE RADIO, P/O BERKERY #9464 STOPPED THE DEFENDANT ON THE 7500 BLOCK OF TORRESDALE AVE, WHERE HE WAS POSITIVELY IDENTIFIED BY THE COMPLAINANT. THE DEFENDANT WAS PLACED IN CUSTODY AND TRANSPORTED TO 15TH DISTRICT CCTV.
P/O APOSTOLOU#7142 AND P/O BURGOON#9314 LOCATED THE DEFENDANTS TAN COAT CONTAINING THE PLASTIC HANDGUN ON THE SIDEWALK AT 4565 ALDINE ST. (ALDINE & DITMAN).
P/O MANES#2211 AND P/O NODIFF #1925 LOCATED THE CASH REGISTER ON THE SIDEWALK AT 4556 TEESDALE ST. (TEESDALE & DITMAN) THE ASSIGNED, DET. SCOTT #7603, RESPONDED, PHOTOGRAPHED THE SCENES, AND MADE A COPY OF THE INCIDENT WHICH WAS CAUGHT ON STORE SURVEILLANCE VIDEO. AT HEADQUARTERS THE ASSIGNED RECOVERED $93.00 AND DARK BLUE NIKE SNEAKERS WITH WHITE SWOOSH AND SOLE FROM THE DEFENDANT. THE DEFENDANT'S SNEAKERS MATCHED THOSE WORN IN STORE VIDEO. DET. MCREYNOLDS#8107 RECOVERED 2 LATENT PRINTS FROM THE BOTTOM OF THE CASH REGISTER AND SUBMITTED THEM TO RECORDS AND IDENTIFICATION.

PR#3090993- TAN POLO COAT W/BROWN FUR ON COLLAR
PR#3090994- ONE BLACK SPORT 105 PLASTIC BB GUN
PR#3090992- ON WHITE CASH REGISTER
PR#3088458- $93.00 USC
PR#3088459- A PAIR OF DARK BLUE NIKE SNEAKERS WITH WHITE SWOOSH AND   WHITE SOLE

**CHARGES:**

| Code | OC | Description | Grade | Counts |
|---|---|---|---|---|
| CC2702 | | AGGRAVATED ASSAULT | F2 | 001 |
| CC3701 | | ROBBERY | F3 | 001 |
| CC6106 | | VUFA-NO LICENSE | F3 | 001 |
| CC0907 | | PIC | M1 | 001 |
| CC2706 | | TERRORISTIC THREATS | M1 | 001 |
| CC3921 | | THEFT-UNLWF TAKING | M1 | 001 |
| CC3925 | | THEFT-RSP | M1 | 001 |
| CC6108 | | VUFA-ON STREETS | M1 | 001 |
| CC2701 | | SIMPLE ASSAULT | M2 | 001 |
| CC2705 | | REAP | M2 | 001 |

**REQUESTED HEARING DATE:**  **REQUESTED HEARING LOCATION:**
04/04/2013 00:00

Rev. 11/1996  NE  03/24/2013 17:20:45

| Defendant: last name: | **COLLINS** | | Sex: **Male** | SSN: **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** | DOB: **04/22/1980** |
|---|---|---|---|---|---|
| first name: **RICHARD** | middle initial: | Race: **White** | | Birth Place: **Philadelphia** | |

## COMPLAINANTS AND WITNESSES:

**Complainant(s)**

XIU MEI XIAO   Age: 36   Phone(H): 215-331-2636   Phone(W): 215-000-0000   SSN: - -
4542 COTTMAN AV Philadelphia PA 19124-

## ARREST REPORT BY:

| | | Badge | Description | Unit Id | Platoon | Squad | Group Id |
|---|---|---|---|---|---|---|---|
| 235734 SCOTT KEITH KEITH | | 7603 | 64 Northeast Detective Division | 0 | 2 | B | |

## ARREST REPORT APPROVED BY:

Supervisor- payroll no:   FLEMING THOMAS   164969   Approval Code: Approved

## POLICE PERSONNEL:

| Employee Name | Payroll Number | Badge | Dist/Unit | Platoon/Group | Vacation Dates | Vacation Description | Needed At Hearing Police/Sup | Arrest OFC. |
|---|---|---|---|---|---|---|---|---|
| BERKERY MICHAEL MICHAEL | 232734 | 9464 | 15/0 | 5 E | 09/15/2013 to 09/23/2013 | Vacation | N / N | Y |
| SCOTT KEITH KEITH | 235734 | 7603 | 64/0 | 2 B | 06/17/2013 to 06/25/2013 | Vacation | Y / N | N |
| SCOTT KEITH KEITH | | | | B | 07/26/2013 to 08/03/2013 | Vacation | Y / N | N |
| SCOTT KEITH KEITH | | | | B | 07/28/2013 to 08/05/2013 | Vacation | Y / N | N |
| SCOTT KEITH KEITH | | | | B | 08/08/2013 to 08/16/2013 | Vacation | Y / N | N |

## ADDITIONAL INFORMATION:

Hits: Y   Statement?:   Lab User Fees Requested?: N   ADA Concerns?:

## EMPLOYER INFORMATION:

Occupation: UNEMPLOYED   Employer: unknown   Phone: 215-000-0000
0000 0 unknown 00 APT/Suite: 0000 Philadelphia PA   -

## DESCRIPTIVE DATA:

| | | | |
|---|---|---|---|
| Complexion | CLEAR | Eye Characteristics | NORMAL |
| Eye Color | GRN | Facial Hair | BEARD W_MUSTACHE |
| Glasses (Y=Yes) | 0 | Hair Color | BLN |
| Hair Length | ABOVE EARS | Hair Style | STRAIGHT |
| Teeth | NORMAL | | |

Rev. 11/1996   NE   03/24/2013 17:20:45