| INVESTIGATION INTERVIEW RECORD | PHILADELPHIA POLICE DEPARTMENT Northeast Detective Division | CASE # INTERVIEWER: Det. Scott #7603 |
|---|---|---|
| **NAME** XIU MEI XIAO | **AGE** 36 **RACE** A **SEX** F | **DOB** 1-21-77 |
| **ADDRESS** 4542 COTTMAN AVE | **APARTMENT #** | **PHONE #** 215-331-2636 |
| **NAME OF EMPLOYMENT/SCHOOL** RED SUN FOOD MARKET | | **SSN#** |
| **ADDRESS OF EMPLOYMENT/SCHOOL** 4542 COTTMAN AVE | **DEPARTMENT** OWNER | **PHONE #** 215-331-2636 |
| **DATES OF PLANNED VACATIONS** | | |
| **DATES OF PLANNED BUSINESS TRIPS** | | |
| **NAME OF CLOSE RELATIVE** | | |
| **ADDRESS** | | **PHONE#** |
| **PLACE OF INTERVIEW** NEDD | **DATE** 3-23-13 | **TIME** 10:00PM |
| **BROUGHT IN BY** | **DATE** | **TIME** |
| **WE ARE QUESTIONING YOU CONCERNING** ROBBERY | | |
| **WARNINGS GIVEN BY** | **DATE** | **TIME** |
| **ANSWERS** (1) (2) (3) (4) (5) (6) (7) | | |

Q. My name is Detective Scott #7603. I am a Detective at Northeast Detectives and I will be interviewing you regarding the incident that occurred. In your own words, can you tell me what occurred that led to you being here at Northeast Detectives?

A. I was working behind the counter when a white male came in the store wearing a tan coat with the hood up. He came to the counter and threw a quarter on the table and grabbed some Mike n Ikes. Then he took out a gun. He said open the register. I was trying to open it but it wouldn't open. Then he took out a gun. He said open the register. I was trying to open it but it wouldn't open. Then he started trying to open it. He got mad and pointed the gun at me and started pulling the trigger. That didn't work so he held it up like he was going to hit me with it. That's when I knew the gun wasn't real. I backed up and grabbed a knife and started swinging at him because he was taking the whole register. He took the whole register and ran out of the store.

Q. Did you receive any injuries during this incident?
A. No

Q. Was any property taken from you during this incident?
A. $200.00 or more.

Q. Did the offender make any threats towards you during this incident?
A. I don't think so.

Q. Were there any witnesses to this incident?
A. 2 kids came in the store. They saw the gun and ran out.

Xiu Mei Xiao   3/23/13

| RECORD [ ] YES [ ] NO | CHECKED BY: |
|---|---|
| REVIEWED BY: | |

75-483

| INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | | CITY OF PHILADELPHIA POLICE DEPARTMENT | |
|---|---|---|---|
| Date: | Time: | DC# | NEDD Control # |
| Interviewee: | | Interviewer: | |

Q. Can you describe the gun/knife/weapon?
A. It was a black gun.

Q. Can you describe the male who pointed this weapon at you?
A. White male. He had on a tan coat. He had a beard.

Q. Did you see this male again and positively identify him as the one who pointed a black gun at you and took your cash register?
A. Yes.

Q. Is there anything else that you would like to add?
A. No

*Xiu mei Xiao*     *3/23/13*

| RECORD [ ] YES [ ] NO | CHECKED BY: |
|---|---|
| REVIEWED BY: | |

75-483