EXHIBITS "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

- - -

RICHARD COLLINS,                :
            Plaintiff,          :
                                :
vs.                             :        CIVIL ACTION NO.
                                :           16-5671
CITY OF PHILADELPHIA,           :
et al.,                         :
            Defendants.         :        COPY

- - -

        Oral deposition of RICHARD COLLINS, taken
at City of Philadelphia Law Department, 1515 Arch
Street, 14th Floor, Philadelphia, Pennsylvania, on
Wednesday, April 5, 2017, beginning at approximately
1:00 p.m., before Maureen E. Broderick, Registered
Professional Reporter and Notary Public in and of
the Commonwealth of Pennsylvania.

SUMMIT COURT REPORTING, INC.
Certified Court Reporters and Videographers
1500 Walnut Street, Suite 1610
Philadelphia, Pennsylvania  19102
424 Fleming Pike, Hammonton, New Jersey  08037
(215) 985-2400 * (800) 447-8648 * (609) 567-3315
www.summitreporting.com

1    APPEARANCES

2    LAW OFFICES OF MICHAEL I. McDERMOTT
     BY:  MICHAEL I. McDERMOTT, ESQUIRE
3    1026 Winter Street
     Suite 200
4    Philadelphia, PA 19107
     (215) 925-9732
5    mmcder1188@aol.com

6    Counsel for Plaintiff

7

8    CITY OF PHILADELPHIA LAW DEPARTMENT
     CIVIL RIGHTS UNIT
9    BY:  AARON SHOTLAND, ESQUIRE
     One Parkway Building
10   1515 Arch Street
     Philadelphia, PA 19191-1595
11   (215) 683-5434
     aaron.shotland@phila.gov
12
     Counsel for Defendants
13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                    EXAMINATION INDEX
2   WITNESS                                      PAGE
3   Richard P. Collins
4       By Mr. Shotland                          4
5
6                    EXHIBIT INDEX
7   NAME                 DESCRIPTION             PAGE
8   Collins
9   Exhibit 1            Photograph of Sneakers   58
10  Exhibit 2            Handwritten Letter       63
11  Exhibit 3            Handwritten Letter       64
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                        -  -  -
 2                        RICHARD P. COLLINS, having been
 3                        first duly sworn to tell the
 4                        truth, was examined and
 5                        testified as follows:
 6                        -  -  -
 7                        (By agreement of counsel, the
 8              reading, signing, sealing, certification
 9              and filing are waived; and all objections,
10              except as to the form of the question, are
11              reserved until the time of trial.)
12                        -  -  -
13                   EXAMINATION
14                        -  -  -
15    BY MR. SHOTLAND:
16         Q    Good afternoon, Mr. Collins.
17         A    Hello.
18         Q    My name is Aaron Shotland.  I represent
19    the defendants in the lawsuit that you brought
20    against the City of Philadelphia and a couple of
21    police officers, and a detective.  You're here today
22    for a deposition.
23                   Do you know what a deposition is?
24         A    Yes.
25         Q    Have you been deposed before?
```

1      A      Meaning?

2      Q      Have you sat through a deposition and

3  answered questions before?

4      A      I believe -- that was the Workers'

5  Compensation thing was --

6              THE WITNESS:  Was that a deposition?

7              MR. McDERMOTT:  Yes.

8              THE WITNESS:  Yes, I've been through a

9        deposition before.

10  BY MR. SHOTLAND:

11      Q      I'm going to give you some instructions so

12  it goes as smooth as possible.  You may have heard

13  them, but I'll go through them again.

14              Please wait until I'm finished asking

15  a question before you begin your answer.  A lot of

16  times in conversation you may know the answer to a

17  question that someone is asking, but you need to

18  wait until I get the question out to provide your

19  answer so that the court reporter can take both my

20  question and your answer.  Okay?

21      A      Okay.

22      Q      Keep all your answers verbal.  Try not to

23  demonstrate with your body; use your words.  Don't

24  nod or shake your head to respond to a question.

25  You have to say yes or no.  Try to avoid saying

1    "mm-hmm" or "uh-uh."  You want to say yes or no.

2    Okay?

3        A    Yes.

4        Q    If you don't understand a question, let me

5    know and I'll rephrase it.  If you answer a

6    question, I'm going to assume that you understood

7    it.  Okay?

8        A    Okay.

9        Q    I'm not trying to trick you.  I'm just

10   trying to get a sense of what your story is.  By all

11   means, if you don't understand, you know, what I'm

12   trying to get at, let me know you don't really

13   understand and I'll try to make myself as clear as

14   possible.  Okay?

15       A    Okay.

16       Q    Have you taken any substances today that

17   would prevent you from testifying honestly or

18   accurately?

19       A    No.

20       Q    Are you on any kind of medication?

21       A    Yes.

22       Q    What are you on?

23       A    Gabapentin, which is, it's -- the brand

24   name is Neurontin.  I have back issues for nerve

25   going down my leg.  I have sciatica, I believe

1    that's what it's -- the --

2        Q    Is that some kind of muscle relaxer?

3        A    It messes with nerves.  It keeps from

4    having leg pain.  That, and I'm on pain medication.

5        Q    Does either of those medications affect

6    your ability to remember things or prevent you from

7    being able to testify?

8        A    No.

9        Q    You're feeling okay right now?

10       A    Yes.

11       Q    If that changes, let me know.  We can, you

12   know, postpone this to a later date, if need be.

13       A    Okay.

14       Q    Can you state and spell your name.

15       A    Richard -- do you want middle?

16       Q    Yes.

17       A    Patrick, Collins.  R-I-C-H-A-R-D,

18   P-A-T-R-I-C-K, C-O-L-L-I-N-S.

19       Q    What's your date of birth?

20       A    4/22/80.  April 22, 1980.

21       Q    What is your current address?

22       A    9101 Blue Grass Road, Philadelphia,

23   Pennsylvania 19114.

24       Q    Is that South Philly?

25       A    Northeast.

| | | |
|---|---|---|
| 1 | Q | How long have you lived on Blue Grass |
| 2 | Road? | |
| 3 | A | Since about 1998, '99. |
| 4 | Q | You were living at that address when you |
| 5 | were arrested in 2013? | |
| 6 | A | Yes. |
| 7 | Q | Who do you live there with? |
| 8 | A | My mother and my fiancee. |
| 9 | Q | Back in 2013, who lived at that address? |
| 10 | A | My mother and fiancee. |
| 11 | Q | What is your mother's name? |
| 12 | A | Patricia Collins. |
| 13 | Q | What is your fiancee's name? |
| 14 | A | Elizabeth Wojtusik, W-O-J-T-U-S-I-K. |
| 15 | Q | How long have you been engaged? |
| 16 | A | Since about 2011. |
| 17 | Q | Were you with Ms. Wojtusik at any point on |
| 18 | the night you were arrested in 2013? | |
| 19 | A | Meaning? |
| 20 | Q | Was she in the car with you when you were |
| 21 | arrested? | |
| 22 | A | No. I was by myself. |
| 23 | Q | Within a few hours before you were |
| 24 | arrested, were you with her at all? | |
| 25 | A | Probably. |

1    Q    I'll get to that a little bit later.

2    A    I really don't remember, like, what -- she

3 works at -- she's an RN at Abington Hospital. I

4 don't remember if it was a weekend or not.

5 Actually, I'm sorry, she was at work. Because when

6 I was in the back of the police car, I texted her

7 and she called me and they slammed the brakes. I

8 remember she was at work. Because I still had my

9 possession on me, in the back, and...

10    Q    After you called her, they --

11    A    Yes, they slammed the brakes on in the

12 middle of the Boulevard and got out of the car and

13 took the phone.

14    Q    Have you ever been married before?

15    A    No.

16    Q    Do you have any children?

17    A    No.

18    Q    Did you graduate from high school?

19    A    No.

20    Q    How far did you go in school?

21    A    I have a GED. Eleventh grade.

22    Q    So you started 11th grade; you didn't

23 complete it?

24    A    No, I didn't.

25    Q    You did complete tenth grade?

```
1        A    Yes.

2        Q    Where did you go to high school?

3        A    Multiple high schools.  Do you want all of

4   them, or just the last one?

5        Q    How many high schools?

6        A    Three.

7        Q    Tell me all of them.

8        A    North Catholic, Frankford High School,

9   DeLaSalle in town.

10       Q    Is DeLaSalle the last one?

11       A    Yes.

12       Q    Do you have any education beyond your GED?

13       A    I have a trade, went to Orleans Technical

14   Institute for residential and commercial

15   electricity.

16       Q    Did you obtain a degree or certificate?

17       A    Certificate.

18       Q    What's the certificate called?

19       A    I don't know the -- it says -- I'm not a

20   licensed electrician, if that's what you're asking.

21   It just shows that I have schooling.

22       Q    You have some electrical training?

23       A    Yes.

24       Q    How long was the training?

25       A    I believe eight months.
```

1      Q    You completed the training?

2      A    Yes.

3      Q    So you've never become a licensed

4   electrician?

5      A    No.

6      Q    Have you worked as an electrician?

7      A    Yes.

8      Q    Were you working at the time of this

9   incident?

10     A    No.  I was home on --

11     Q    When did you obtain the certificate?

12     A    2003, 2002.

13     Q    Then after obtaining that certificate, did

14  you ever work using your electrical training?

15     A    Here and there.

16     Q    Any steady work?

17     A    It would be like if they were short a guy,

18  I would come in.  It wasn't steady work.  But at the

19  time I was pulled over, I was home on Workers' Comp

20  and disability.

21     Q    When you said they would call you in, who

22  would call you in?

23     A    People I worked with, like, here and

24  there.  Like my older brother's friends, Sean Kerns,

25  which he owns Kerns Electric.  I think it's just

1    Kerns Electric.

2        Q    How do you spell Kerns?

3        A    K-E-R-N-S.

4        Q    So sometimes when Kerns Electric was

5    shorthanded, you would fill in?

6        A    Yes.

7        Q    Any other companies that you would fill in

8    for?

9        A    Nicoletti.  I don't know how to spell the

10   last name.

11       Q    Was that the name of the company or a

12   person?

13       A    It's his last name.  He owns the company.

14   He's licensed.  I don't know if you know about

15   electrical, but if you're licensed I can work under

16   your license.  And, say, if the house would burn

17   down, whatever, it would go --

18       Q    It's on their insurance?

19       A    Exactly.

20       Q    Anyone else?

21       A    No.

22       Q    When was the last time you did work for

23   Kerns Electric?

24       A    I would say 2010.

25       Q    When was the last time you did work for

1    Nicoletti?

2        A    2011.

3        Q    Did you have some kind of work-related

4    injury that stopped you from working?

5        A    Well, it was my hands.  I had carpal

6    tunnel in both hands.  Instead of a job taking, say,

7    five minutes, it took me 20 minutes.  So they

8    just -- it wasn't, I guess, in their best interest

9    for having me work there.

10        Q    You kind of left because you were having

11    trouble doing the work?

12        A    Yes.

13        Q    After working for those two companies, did

14    you have any other employment?

15        A    Yes.  Philadelphia Soft Pretzel Factory.

16        Q    When did you work there?

17        A    2009 to 2010 or '11.

18        Q    Anything after that?

19        A    Like odd jobs here and there, helping

20    people out.  Roofing.

21        Q    How long did you do that for, odd jobs and

22    roofing?

23        A    Just be a couple days here and there,

24    like...

25        Q    Do you still --

1          A     No.  It would maybe be if people needed
2     help, friends.  Like, I did it when I was kid.  I
3     just, my body can't handle it.
4          Q     When did you stop doing those types of
5     things?
6          A     2011, 2012.
7               MR. McDERMOTT:  Aaron, let me bring
8          something to your attention, so you know.  With
9          his job for the pretzel company, Philadelphia
10         Pretzel Company, he was on Workers'
11         Compensation at the time that he was arrested.
12              And on the Monday following his arrest, we
13         were supposed to have a settlement conference.
14         I may have the numbers a little skewed right
15         now, but I believe he was offered $65,000 to
16         settle it, and he was stuck taking $30,000
17         because he was incarcerated as a result of his
18         arrest.  During the period of time he was
19         incarcerated, it was settled.
20              So that's one of his biggest economic
21         losses as a result of the arrest.
22              MR. SHOTLAND:  Is there anything that
23         documents that?
24              MR. McDERMOTT:  I have some stuff that
25         I'll get over to you from his Workers'

1    Compensation, including, you know, a copy of

2    the check that he received in the end, and what

3    the offer was.

4         We went back and forth hoping to get rid

5    of this for a while before it came time that we

6    had to pull the trigger on it and bring it to

7    an end.  But I'll get you the insurance company

8    and the name of the attorney for the other side

9    and stuff if you want to --

10        MR. SHOTLAND:  I would just, it's

11   obviously your obligation to produce anything

12   that --

13        MR. McDERMOTT:  I'm bringing it up now

14   because you're asking him about his jobs and

15   stuff.  Obviously his loss of freedom is a

16   thing, but that's just pure numbers.  That's

17   where you're going to get the biggest number.

18        And also he was on Social Security

19   Disability, which you don't get while you're in

20   prison.  They cut that off, as you're a ward of

21   the State.

22        And he wasn't able to get either of them

23   back, like when he was released.  He couldn't.

24   Just because he was released, he didn't get the

25   extra 35,000 or so from the settlement, and he

```
 1          didn't get any backpay for his Social Security
 2          Disability.
 3               MR. SHOTLAND:  Okay.
 4     BY MR. SHOTLAND:
 5          Q    Your attorney informed me you were on
 6     Social Security Disability at the time you were
 7     arrested in this case?
 8          A    Yes.
 9          Q    What were you on Social Security
10     Disability for?
11          A    My lower back and both my hands and my
12     right shoulder.
13          Q    How did you hurt those things, those parts
14     of your body?
15          A    When I was working at the Pretzel Factory.
16          Q    What happened?
17          A    From repetitive motion.  I don't know if
18     you know anything about carpal tunnel.  I was
19     constantly twisting -- what is it?  Picking up
20     6-ounce piece of dough and constantly swinging it
21     about 5000 times a day, and I developed carpal
22     tunnel from it.
23          Q    In your hands and right shoulder and lower
24     back?
25          A    My lower back is from constantly lifting
```

1 hundred-pound bags of flour and lifting the mix out

2 of the mixer, which turns into a lot more than a

3 hundred pounds after it's mixed into that, and

4 constantly bending over and picking it out of the

5 mixer.

6    Q   So all of those injuries were the result

7 of just repetitive work at the Pretzel Factory?

8    A   Yes.  I did it when I was a kid also.

9    Q   When did you go on Social Security

10 Disability?

11    A   I was awarded Social Security April of

12 2013, I believe, it was.

13    Q   And you received it up until when?

14    A   I'm still receiving it.

15    MR. SHOTLAND:  Off the record.

16    (Discussion off the record.)

17 BY MR. SHOTLAND:

18    Q   If I understand it, you are currently

19 still receiving Social Security Disability?

20    A   Yes.

21    Q   You are no longer receiving Workers'

22 Compensation benefits?

23    A   No.  That's the whole thing of settling

24 out.

25    Q   The reason you don't receive Workers' Comp

1    benefits is because you settled your case in total?

2         A    They wanted to end it, yes.

3         Q    You claim that the settlement -- well,

4    what's your understanding of what happened to your

5    Workers' Compensation settlement?

6         A    I had a voluntary mediation that Monday.

7    I was arrested on Saturday, March 23rd, and I had a

8    voluntary mediation on the 25th.

9              And I told the officers, I said, I

10   have income, there's no reason for me to rob a

11   corner store.

12             You're not getting nothing from a

13   corner store anyway, if you would rob something,

14   because it's all Access card.  If you're going to

15   rob something, go for a bank; not a corner store or

16   something.  So there's no point of even doing that.

17             And I told the officers, I said, I'm

18   about to settle a Workers' Comp.  I said, Why would

19   I risk a hundred thousand dollars, or whatever it

20   would be -- I didn't know the numbers, like Mike

21   McDermott just suggested -- but why would I risk

22   that to rob a corner store?

23        Q    I understand you had certain discussions

24   with police officers.  Right now I'm trying to get a

25   sense of what you understand happened to your

```
 1    Workers' Compensation claim.
 2         A    Yes.  I lost, I basically lost it.
 3         Q    You did receive a check to settle your
 4    Workers' Compensation claim for $30,000?
 5         A    It was less than 30.  It was like, I
 6    think, 18 or something, 16 they settled for.
 7         Q    And --
 8              MR. McDERMOTT:  Just to clarify that --
 9              MR. SHOTLAND:  I'm sure you took some
10         and...
11              MR. McDERMOTT:  The attorney in Workers'
12         Comp gets 20 percent, and I think that I have
13         that breakdown, too.  I'll get it to you.
14              I think he also had to take money from
15         that to pay me for his criminal case.  So
16         that's what brings him less.  We'll get you all
17         that to show you what he received.  If it had
18         been 60, I still would have gotten 20 percent.
19         But whatever it is.
20              MR. SHOTLAND:  Do you have a claim too?
21              MR. McDERMOTT:  I kind of feel like it,
22         when you have one, I mean, when you have a
23         client that's doing it.  No matter what the
24         amount was, it would have been 20 percent.
25    BY MR. SHOTLAND:
```

1        Q    And it's your belief that you would have

2    received more had you showed up to that hearing on

3    the 25th?

4        A    Yes.  I know that because the attorney for

5    the Workers' Comp, they were going to put it in an

6    escrow account and I thought I was going to be

7    released because of the evidence on my behalf.  I'm

8    somewhere else at the same time the robbery was

9    committed.

10       Q    I'm not asking you about that yet.

11       A    Okay.  You're asking me if you think I

12   would have received that, and I'm saying yes, I

13   would have.  The State Farm's attorney's whole thing

14   was, Well, we're not giving him nothing because he

15   committed a robbery and it held up the proceedings

16   for almost a year.

17       Q    Did State Farm's attorney say that to you?

18       A    It's in the letterhead saying we would

19   offer your client 32 right now and put it in escrow

20   if he did not commit the robbery, but we would offer

21   him, I think it was 16,000 right now, regardless of

22   the fact if he did or didn't commit the robbery.

23       Q    That's your recollection of a letter that

24   you received from the defense attorney?

25       A    Yes.

1    Q    Do you still have that letter?

2    A    I don't believe so.  I can look at home.

3    Q    If you do, I just ask that you provide it

4  to your attorney and he can provide it to me.

5    A    Okay.

6    Q    Have we covered your employment history?

7  Is there any other employment that you've had that

8  we haven't talked about?

9    A    No.

10   Q    Just to, I think, reiterate the testimony

11 you've already given, you were on Social Security

12 Disability and Workers' Compensation at the time you

13 were arrested; you weren't actually working

14 anywhere?

15   A    No, I wasn't.

16   Q    I'm going to ask you about your criminal

17 history.  We've got to do this in every case.  You

18 were arrested back in March of 2003 for robbery; is

19 that right?

20   A    Yes.

21   Q    And you were convicted on July 22, 2004;

22 is that correct?

23   A    Sounds about right.

24   Q    You received a five- to ten-year sentence?

25   A    Yes.

1    Q    How much time did you serve?

2    A    Including what I just did -- because I sat

3    on a parole hit for when I was arrested in March

4    of --

5    Q    Right now I'm just asking you about your

6    2003 arrest and conviction, July of 2004.  How much

7    did you serve on that sentence?

8    A    That whole sentence?  I don't understand

9    what you mean by this.  By me -- I was sitting on a

10   parole detainer.

11          MR. McDERMOTT:  No.  No.  When you were

12      arrested for robbery the first time you were

13      charged with robbery, you were convicted.  What

14      was your sentence?

15          THE WITNESS:  I did about a little over

16      five years, you could say.

17   BY MR. SHOTLAND:

18   Q    Do you remember what day you were released

19   from prison for that sentence?

20   A    No.

21   Q    Do you recall what year you were released?

22   A    Well, I was released in 2009 on

23   pre-release, and then I was sent back because that's

24   when the two officers were killed and the governor

25   froze all parole pre-release.  They froze everything

1 and sent everybody that was on pre-release back to

2 jail because they didn't know what to do. That's

3 when the two officers were killed.

4     Q    So you were pre-released in 2009 and then

5 you went back to prison after two officers were

6 killed?

7     A    Yes. And then I had to make parole -- I

8 was released, I would say, September 2010.

9     Q    That's when you were finally released for

10 good from the robbery conviction?

11     A    Yes.

12     Q    What were the conditions of your release?

13     A    Report once a month; no drugs, alcohol; no

14 being around, like, places that sold alcohol; not

15 allowed around other convicted felons. I was in a

16 halfway house. I had to do the, it's called a

17 Booster Program, which you do violence prevention in

18 the halfway house.

19     Q    Were you on probation for any set amount

20 of time?

21     A    I believe it was a little bit less than

22 five years.

23     Q    So from September 2010, your understanding

24 was your probation was five years beyond that?

25     A    Yes.

| 1 | Q And also in 2003 you were arrested -- I'm |
| 2 | sorry. I'm not sure what date you were arrested, |
| 3 | but you took a plea on December 19, 2003 for |
| 4 | burglary? |
| 5 | A Yes. |
| 6 | Q That was after your robbery conviction? |
| 7 | A It was before. |
| 8 | Q That was before your robbery conviction. |
| 9 | For that you received five years' |
| 10 | probation? |
| 11 | A I believe so. |
| 12 | Q If I just, to get the sequencing, you pled |
| 13 | guilty to burglary in December of 2003, then you |
| 14 | were found guilty of robbery in July of 2004; do I |
| 15 | have that right? |
| 16 | A Yes. |
| 17 | Q And then your next arrest was this arrest |
| 18 | in March of 2013; is that right? |
| 19 | A Yes. |
| 20 | Q March 23, 2013 you were still on |
| 21 | probation? |
| 22 | A Parole. |
| 23 | Q You were on parole? |
| 24 | A Yes. |
| 25 | Q I think you testified earlier you |

1  mentioned you had a detainer; is that right?

2     A    Yes.

3     Q    And was it your understanding that because

4  of your parole status when you were arrested for

5  this robbery in 2013, the detainer was lodged from

6  your robbery conviction?

7     A    Yes.  Or I would have made bail on it and

8  came home on March 23rd.  If I was arrested, say,

9  two days, three days, however long they take to

10  arraign you, I would have made bail.  I was unable

11  to make bail because of the parole detainer.

12     Q    Understood.  And the parole detainer was a

13  result of your prior robbery conviction?

14     A    Yes.

15     Q    Moving to the incident, what do you

16  remember about that day, March 23, 2013, prior to

17  having the interaction with police?

18     A    Meaning?  I don't understand.

19     Q    Do you remember anything about the day

20  before you were arrested?

21          MR. McDERMOTT:  Tell him where you were

22     going.

23          THE WITNESS:  I was at my house.  My wife

24     left for work, as normal.  I usually -- you

25     could say I'm the housewife at home.  Because

1    I'm not working, I get all her stuff ready;

2    make sure her clothes are wrinkle free, her

3    scrubs, and like do her lunch, pack her lunch,

4    everything like that.

5        And then I was going to go to her sister's

6    house at the time, but me and her sister was

7    having an argument at the time, her youngest

8    sister at the time.

9        So I decided to drop off costume -- well,

10   my fiancee had a demonstration for costume

11   jewelry.  It's like Avon.  Costume jewelry is,

12   it's not like gold and silver, but it's like a

13   cheaper --

14   BY MR. SHOTLAND:

15       Q    I know what it is.  Plastic.

16       A    Stuff like that.  She had a demonstration,

17   and I was on my way to drop it off to someone that

18   purchased it there before I was pulled over.

19       Q    Now, you described kind of preparing your

20   fiancee's clothing for work and making her lunch.

21   What time were you doing that stuff?

22       A    It would have been in between 5:00 and

23   6:00, because she leaves for work around 6:00.

24       Q    P.m.?

25       A    Yes.

```
1        Q     She was working 6:00 to 6:00?

2        A     She works 7:00 to 7:30.

3        Q     7:00 p.m. to --

4        A     To 7:30 a.m.

5              (Overtalking.)

6   BY MR. SHOTLAND:

7        Q     What shift was your wife working?

8        A     7:00 p.m. to 7:30 a.m.

9        Q     Do you remember doing anything prior to

10  5:00 p.m. that day?

11       A     Probably taking care of my mom.  I'm her

12  caregiver.

13       Q     Did you leave the house prior to your wife

14  leaving for work?

15       A     No.  After.

16       Q     So your wife or fiancee left for work

17  sometime before 7:00?

18       A     I would say 6:00 p.m., because she leaves

19  on that time every day.

20       Q     Around 6:00 p.m. she left?

21       A     Yes.

22       Q     And you were doing something with her

23  costume jewelry?

24       A     Yes.  I was going to drop it off to one of

25  my friend's cousin's house on Hartel and Torresdale.
```

1    Q    Can you say the address again?

2    A    I don't know the address.  It was Hartel

3    Street.

4    Q    How far from your house was this location?

5    A    Maybe 6 miles, 7 miles.

6    Q    Is it also in Northeast Philly?

7    A    Yes.  The Holmesburg area.

8    Q    Did you go from your house on Blue Grass

9    Road straight in the direction of the Hartel Street

10   house?

11   A    No.

12   Q    Where did you stop before that?

13   A    I stopped at a PNC Bank on Welsh Road.

14   Q    Why?

15   A    To tap MAC.

16   Q    How much money did you take out?

17   A    $80.

18   Q    Was there any specific purpose for that

19   money?

20   A    Just to have money on me.

21   Q    What account was the money withdrawn from?

22   A    A checking account.

23   Q    Is it your checking account?

24   A    I believe it was.

25   Q    Do you still have that checking account?

1      A     No.  I have an account.  It's my mother's.

2    I have Power of Attorney.  I just use that,

3    basically, as my account also.

4      Q     Do you believe the bank account was owned

5    by your mother?

6      A     I don't recall.  It could have been.  I'm

7    not saying it wasn't or wasn't.  It could have been.

8    I used both accounts.

9      Q     So you're not sure whether the $80 was

10   withdrawn from an account owned by you or an account

11   owned by your mother?

12     A     No, I'm not sure.

13     Q     At the time did you also have a PNC Bank

14   account for yourself?

15     A     Yes.

16     Q     So you both had accounts at PNC?

17     A     Yes.

18     Q     You and your mother?

19     A     Yes.

20     Q     What time did you stop at the PNC Bank?

21     A     7:45 p.m.  Little bit earlier.  I would

22   say about 7:40 because I had to wait behind a car

23   that was tapping MAC.

24            MR. SHOTLAND:  Off the record.

25            (Discussion off the record.)

1  BY MR. SHOTLAND:

2      Q    Mr. Collins, your attorney just handed me

3  a packet.

4          MR. McDERMOTT:  I'm sorry.  One second.

5      Can you make copies of videos?

6          MR. SHOTLAND:  Off the record.

7          (Discussion off the record.)

8  BY MR. SHOTLAND:

9      Q    Mr. Collins, your attorney handed me some

10 documents.  I will go through them with you.  He's

11 also identified a video, security video from the

12 store that was robbed, as well as a video from PNC

13 Bank, which shows you in line.

14              Since I don't have access to those

15 today, I will reserve the right to question you

16 again about the contents of those two videos.  Okay?

17     A    Yes.

18     Q    And your attorney agreed to produce them

19 to me within the next couple days.

20              Now, one of the pieces of information

21 that was passed to me was an ATM receipt, looks like

22 it's a photocopy of two ATM receipts.  They both

23 have PNC Bank at the top of them.  One of them says

24 7:45 p.m, the other says 7:46, on March 23, 2013; is

25 that right?

1    A    Yes.

2    Q    The account numbers on the receipts, the

3  one receipt, the account ends in 6630, and the other

4  receipt, the account ends in 732; is that right?

5    A    Yes.  They're debit cards.  That's the end

6  of the debit card.  I can tell you now, this one is

7  --

8    Q    The 6630?

9    A    Yes.  The 6630 was my mother's account,

10  and the 0732 is my account.

11    Q    And at this time you withdrew $40 from

12  your mother's account and $40 from your own account;

13  is that right?

14    A    Yes.

15    Q    Does this refresh your recollection as to

16  what the money was for that you took $40 from your

17  account and $40 from her account?

18    A    I believe the $40 from my mother's account

19  was to grab cat food for her cat.  And the 40 from

20  my account was just to have money on me.

21    Q    Earlier I asked you about what time you

22  withdrew money from PNC Bank.  You said around 7:40.

23  Does this refresh your recollection that it was more

24  likely around 7:45 and 7:46?

25    A    Well, I said in the beginning I withdrew

1    it at 7:45, but I remember there was a car in front

2    of me.  So I was probably there around 7:40.

3         Q    And you were waiting?

4         A    Yes.

5         Q    One more question about this.  You believe

6    the 6630 debit card was your card or your mother's

7    card?

8         A    My mother's card.

9         Q    And the 732 card was your card?

10        A    Yes.

11        Q    After withdrawing the cash from PNC Bank,

12   where did you go?

13        A    I headed down Welsh Road and I remember

14   stopping at a Dunkin' Donuts at Welsh Road and

15   Holmes Circle in Northeast Philadelphia.

16        Q    What did you do after you stopped at

17   Dunkin' Donuts?

18        A    I grabbed an extra large coffee.

19        Q    Did you go through the drive-thru or park

20   and walk in?

21        A    Drive-thru.

22        Q    And after picking up the coffee from the

23   drive-thru, what did you do?

24        A    I headed to, towards Hartel, I don't know

25   if it's street or avenue, and Torresdale Avenue.

1      Q      What happened while you were driving, if
2   anything?

3      A      I don't understand what you mean by that.

4      Q      So you were driving towards Hartel Street?

5      A      Yes.

6      Q      Did you drive to Hartel Street?

7      A      Yes.  And I pulled over on -- I don't
8   exactly remember what street it was.  I was calling
9   Crystal Hannah to find out where her house was, on
10  what side of Hartel, the river's side or Frankford
11  Avenue side of Hartel, to drop off the jewelry to
12  her.

13     Q      What was her name?

14     A      Crystal Hannah.

15     Q      Was that the person that was purchasing
16  the jewelry?

17     A      Yes.  Well, I believe someone purchased it
18  for her and I was dropping it off to her.  I don't
19  believe her name was on the order number, but
20  someone grabbed it for her while they were at the
21  demonstration.

22     Q      You were dropping it off to her?

23     A      Yes.

24     Q      You needed to find out her address to drop
25  off the jewelry?

1        A      Yes.

2        Q      You pulled over somewhere and called her?

3        A      I was pulled over on a corner of, I guess,

4    it was 7500 Torresdale Avenue.

5        Q      You pulled over and made a phone call?

6        A      I was sitting there trying to call her,

7    which she wasn't answering at the time.  So I was

8    sitting there, kept on trying to call her.  And then

9    a police Explorer, the truck they have, the SUVs,

10   went by me and made a U-turn and pointed its

11   spotlight in my face.

12       Q      How many times did you try to call Crystal

13   Hannah?

14       A      Maybe four or five times.

15       Q      As you're calling her over and over again,

16   you saw a police car pull beside you and then U-turn

17   around and shine a spotlight on you?

18       A      Yes.

19       Q      What happened next?

20       A      Well, I was on my phone at the time.  When

21   they pulled up on me, I dropped it.  I was like --

22   I'm on parole.  When a cop shines a spotlight in

23   your face, I was scared, actually, of what was going

24   on.

25              And then the officers got out of the

1   car and he said -- I forget. I don't exactly

2   remember what they said. But I remember the officer

3   putting his hand on my chest and says, Why is your

4   heart beating so fast? Were you just running or

5   something?

6              I said, No, officer, I'm on state

7   parole, I'm nervous with what's going on right now.

8      Q   You said you dropped your phone. Did you

9   drop it inside the car or outside the car?

10     A   Yes. I dropped it on -- inside the car.

11   I had, like, my elbow up on the door with the phone

12   up to my head. And when the officer came up and

13   shined a spotlight in my face and started asking me

14   something, I dropped it. I was just scared or

15   nervous, because I'm like what the heck is going on.

16     Q   When you said shined his spotlight on you,

17   do you mean his flashlight?

18     A   I think it was the light for the truck,

19   how they have it on the driver's side door.

20     Q   It wasn't a hand-held flashlight; it was

21   attached to the car?

22     A   Yes.

23     Q   He shined the spotlight on you, you

24   dropped your phone, and the officer walked around to

25   you?

1     A    Yes.

2     Q    He put his hand over your --

3     A    Chest.

4     Q    -- and said, Why is your heart beating so

5 fast?

6     A    Yes.

7     Q    What else did he say?

8     A    I said, Officer, I'm on parole.  And they

9 were like -- next thing I notice, a whole bunch of

10 other marked and unmarked vehicles boxed me in.

11    Q    Do you know which officer came up to you

12 and put his hand on your chest?

13    A    The sergeant.  I don't know the last name

14 right offhand.

15    Q    How do you know it was the sergeant?

16    A    The stripes on his shirt.

17    Q    What color was his shirt?

18    A    I think it was a black vest, like sweater

19 vest.

20    Q    What happened next?

21    A    I was pulled from my vehicle and Officer

22 Berkery, I believe it was, had his hands like in the

23 back of my pants, I would say like where my butt

24 crack is at, holding my pants.  I was telling him

25 the whole time, I said, Officer, I'm on parole, I'm

1   worried about what's going on.

2                   He said, You don't have nothing to

3   worry about if you didn't do nothing.

4                   I said, Can you please tell me what

5   this is in regards to.

6                   They would not say anything.

7                   I said, You have permission to search

8   my whole vehicle.  I'm not hiding nothing.  I just

9   want to know what's going on.  Help me help you,

10  basically, type of thing that was going on.  I said,

11  Well, what's going on?

12                  They wouldn't tell me.  And the

13  sergeant yelled, like whistled over to Officer

14  Berkery and made like a circle motion with his hand

15  above his head, and he handcuffed me right then and

16  there.

17     Q    The sergeant made a motion with his hand,

18  turning his hand in a circle?

19     A    Like round-him-up type of...

20     Q    Like a round-him-up sign?

21     A    I guess.

22     Q    And Officer Berkery was holding you by the

23  back of your pants, then put you in handcuffs?

24     A    Yes.

25     Q    Could you tell why that was happening at

1    that time?

2         A     No.

3         Q     What happened after that?

4         A     The sergeant came up to me and said, You

5    robbed three people before or two people -- I'm not

6    exactly -- whatever, pointed at me in my chest and

7    said, I know you did this robbery.

8              I said, What are you even talking

9    about?  I said, I have receipts of -- no, I'm sorry.

10   I didn't say "receipts" at the time.

11             I said, I have a hot coffee.  What

12   time did this happen?

13             They wouldn't tell me what time or

14   anything at the time.  And they put me in the back

15   of the Explorer, I believe at the time, and started

16   searching my vehicle more.

17        Q     You observed them searching your vehicle?

18        A     Yes.

19        Q     Did you see them pull anything out of your

20   vehicle?

21        A     No, not that I recall.

22        Q     And did you say anything else to the

23   officers other than, Look, my coffee is hot or

24   something like that?

25        A     I think I did say something.  I was like,

1    What time did this happen?  Can you please let me
2    know what time it happened so I can tell you where I
3    was at most likely at the time.
4                    Because at the time I didn't recall
5    that much that I was at the bank until they went in
6    my wallet and looked at -- I think they were
7    searching my wallet or something like that and they
8    seen the money in there.  I was like, I was just at
9    a bank too.
10       Q    Did you ever see a person at the scene of
11   your arrest identify you?
12       A    Yes.  I remember when that happened.
13       Q    Was that after you were placed in the back
14   of the vehicle?
15       A    Meaning?
16       Q    So you're talking about sitting in the
17   back of a police Explorer?
18       A    Yes.
19       Q    Were you identified by the store owner
20   before that or after that?
21       A    After that.
22       Q    So how long were you sitting in the back
23   of the Explorer?
24       A    Maybe 10, 15 minutes.  Could have been 20.
25       Q    What happened after 10 to 15 minutes?

| | | |
|---|---|---|
| 1 | A | They called the witness around, I believe. |
| 2 | Q | What did the witness look like? |
| 3 | A | Asian descent.  A woman. |
| 4 | Q | Asian woman.  How old? |
| 5 | A | Maybe 30 or 40. |
| 6 | Q | Did you hear her say anything? |

7  A     Well, at first I believe they brought me
8  out of the vehicle, sat me on the curb while the
9  witness, while they were bringing the witness
10 around.

11     Q     What happened after they brought the
12 witness around?

13     A     They brought the witness around, they
14 helped me up off of the curb, I believe, and I had
15 two officers on each side of me, meaning four all
16 together.  And the lady -- they rolled down the back
17 of the Explorer's window.  She was brought around in
18 a Explorer also.

| | | |
|---|---|---|
| 19 | Q | So she was seated in a vehicle? |
| 20 | A | Yes. |
| 21 | Q | You were standing on a curb? |
| 22 | A | Or the street.  Curb.  Street. |
| 23 | Q | Near the curb on the street? |
| 24 | A | Yes. |
| 25 | Q | And she pulled around side and looked at |

```
1    you; is that right?

2         A    Yes.

3         Q    What did she say?

4         A    At first it took her a couple minutes, and

5    then they brought me a little bit closer.  I think

6    she asked -- I don't know what she asked, if I was

7    to bring -- be brought closer or not.

8                   I remember her saying, "That him,

9    that him."  Like, in that broken English.

10        Q    How close were you when you heard her say

11   "That him, that him"?

12        A    Four, 5 feet.

13        Q    What happened after that?

14        A    They rolled -- actually, I'm sorry.  I

15   said, Are you serious?  This is BS.  Well, I used

16   the full word.

17        Q    You can say what you said.

18        A    I said, This is bullshit.  Are you

19   serious?

20        Q    You said that to her or to the police?

21        A    I think I just said it out loud, because I

22   knew what was going to happen after that.

23        Q    When you heard her say, "That him," how

24   long did it take you to say, "That's bullshit"?

25        A    Instantly.
```

1      Q     Did she say "That him, that him" twice?

2      A     Yes.

3      Q     What happened after that?

4      A     The officers took me, put me in the back

5   of the Explorer.  I was yelling to the officer, I

6   said, Officer, I said, I know I have receipts in my

7   vehicle, can you please just look.  I said, Feel my

8   coffee, it's still hot.

9              And I remember Officer Berkery came

10  back and said, You have so many receipts in there,

11  I'm not looking at every single one, or something

12  like that, like in that -- meaning I had a lot of

13  receipts in the car, he's not going to look at every

14  single one.  Basically my word was no good to him

15  after that happened.

16     Q     Did you have a lot of receipts in the car?

17     A     Maybe about four or five.  Not like a

18  whole glove, armrest full of paper receipts.  It was

19  maybe four or five.

20     Q     When you were arrested, did you have the

21  PNC receipts on you?

22     A     No.  They were right on my -- like the

23  little cubbyhole or -- I don't have my Buick no

24  more.  That's the vehicle I had at the time.  I'm

25  trying to think the setup.

1          I think it was like a little

2   cubbyhole underneath where the radio is on most

3   vehicles, has like the little place where you can

4   put stuff.

5       Q    And you believe the PNC receipts were in

6   that little area underneath the radio?

7       A    Yes.

8       Q    Did you tell him, Go look at those

9   receipts in the car underneath the radio, or did you

10  say, There's receipts in the car, you should look at

11  them?

12      A    No.  I said, There should be either in my

13  armrest or underneath the radio.

14      Q    Do you remember Officer Berkery saying

15  there's too many receipts in there, I'm not going to

16  look at them all?

17      A    Well, I remember him saying something

18  like, Oh, there's an ATM receipt in there but the

19  dates don't match, or something, the time doesn't

20  match.

21      Q    You remember him saying there's an ATM

22  receipt in there but the times don't match?

23      A    Times or date.

24      Q    You don't remember which?

25      A    No.

1     Q    But he said something about the bank

2  receipts?

3     A    Yes.

4     Q    What happened next?

5     A    We were, I think, they were -- I was

6  brought around to the store on Cottman and Ditman or

7  Jackson Street, I don't remember exactly what cross

8  street it is off of Cottman, but it was on Cottman

9  Avenue, and I remember them opening the door and the

10  one officer looking at my sneakers, Oh, yeah,

11  they're the sneakers on the video, they were saying.

12     Q    Who said, Yeah, they're the sneakers?

13     A    I don't know the officer's name.  He had

14  black hair, like comb-over parted with glasses.

15     Q    Was he a white officer?

16     A    White, yes.

17     Q    You remember him mentioning something

18  about your shoes matching the video?

19     A    Yes.

20     Q    What happened after that?

21     A    I kept on, I remember I kept on telling

22  Officer Berkery, I was like, Can you please at least

23  stop up at Dunkin' Donuts?

24           And the sergeant said, Well, if you

25  were at the Dunkin' Donuts at the time, that's going

1    to be your saving grace moment.

2              I remember I was told that while we

3    were heading up Cottman Ave.  And then that's when I

4    was trying to text my wife at the time also, telling

5    her that I was arrested.

6              I remember the phone going off and I

7    answered it and I told my wife -- I'm sorry,

8    fiancee.  I call her "wife" a lot.  We've been

9    together forever.  I remember telling her, I'm

10   locked up right now.

11             And she was like, Are you fucking

12   serious?

13             I said, Yeah, robbery.

14             Then the sergeant took my phone and

15   just -- I think he took the battery out the back

16   because he didn't know how to turn it off, I guess.

17             I was told, Well, we've been

18   respectful to you and you disrespected me like that.

19   Officer Berkery said that at the time.

20   Q     Before that you heard him say that if you

21   were at the Dunkin' Donuts, that will be your saving

22   grace?

23   A     No, I'm sorry.  The sergeant was saying

24   that.  I said, Are we going up to Dunkin' Donuts

25   right now?

1          That's where I honestly thought we

2   were going because we were going northbound on the

3   Boulevard.  I didn't know where I was going.  I

4   guess they were taking the long way or short way, I

5   don't know what they were doing, honestly, to take

6   me to the district.  That's where we were heading

7   towards, the district I thought.

8          Q    You believed you were going to the Dunkin'

9   Donuts and you said, Are we going to the Dunkin'

10  Donuts?  And the sergeant said back to you, If you

11  were at that Dunkin' Donuts, that's your saving

12  grace?

13         A    Yes, something along them lines.

14         Q    And then you started calling your wife and

15  they noticed, the police officers noticed that you

16  were calling her, they stopped the car, and took

17  your phone?

18         A    No.  I texted her first saying, I'm locked

19  up, or "I locked up," something like that.  She

20  called me and I answered it.  And that's -- they

21  slammed on the brakes in the middle of the Boulevard

22  and got out and took my phone from me.

23         Q    What happened after that?

24         A    They were mad at me, saying, like, You're

25  being disrespectful to us; we were respectful to you

1    the whole time.

2              I don't actually recall exactly what

3    I said.  I think I might have said, Respectful?  I'm

4    locked up.  Are you serious?

5        Q    And then you were taken into the district?

6        A    Well, I was told by -- Officer Berkery

7    kept saying, Where's the gun at?  Where's the gun

8    at?

9              I said, What are you talking about?

10   What gun?

11             He said, If a little kid finds that

12   gun, I'm coming down that cell and kicking your ass.

13       Q    Did you say anything back?

14       A    No.  I was just like -- I guess at that

15   time I think I was like, I don't even know what

16   you're talking about.  I said, It wasn't me; I

17   didn't do this.

18             They didn't believe me.  So there was

19   no point in wasting oxygen on arguing with them no

20   more.  They're not believing me.  In their eyes,

21   they thought I did it once I was identified and

22   everything.  Actually, I think I was -- they thought

23   I did it once they ran my name and seen my prior

24   arrests.

25       Q    They ran your name, your belief is they

1 ran your name before you were identified?

2     A    They did run my name before I was

3 identified.

4         MR. McDERMOTT:  I'm sorry.  What did you

5     say?

6         THE WITNESS:  They did run my name before

7     I was identified.

8         MR. McDERMOTT:  Okay.

9 BY MR. SHOTLAND:

10     Q    Then you were brought down to the

11 district?

12     A    Yes.

13     Q    You were processed?

14     A    Not right away.

15     Q    How long did that take?

16     A    I went up into the detectives.  I spoke

17 with the detectives first.

18     Q    Who did you speak with?

19     A    I don't know their names.

20     Q    Do you remember what they look like?

21     A    A light-skinned gentleman.

22     Q    Light-skinned African-American?

23     A    Yes.  And brown-skin police officer,

24 detective.  And then there was a white detective

25 standing in the doorway at the time with gray hair.

1    I don't recall his name either.

2        Q    What did you say to them?

3        A    At first they sat me in the room for maybe

4    about 20 to 30 minutes before coming in and

5    questioning me.

6        Q    And then what happened when they

7    questioned you?

8        A    I told them it wasn't me.

9        Q    What did they say to you?

10       A    They were saying, Well, we have video of

11   it; it's you.

12             I said, Please show me the video; if

13   it's me, I'll sign any plea bargain you want.  I

14   said, Take a video with your phone.

15             They thought about it and they said,

16   Oh, we can't do that.

17       Q    So you asked to see the video and they

18   wouldn't show it to you?

19       A    No, they wouldn't.

20       Q    Was anything else said?

21       A    They brought up about my sneakers.

22       Q    What did they say about your sneakers?

23       A    They said the sneakers match what the

24   person was wearing that robbed the store.  I

25   remember one officer saying, Oh, let me guess, they

1    aren't the only sneakers ever produced or -- he

2    said -- what did he say?  Let me guess, you're going

3    to say they're not one-of-a-kind sneakers.

4            I said, No, but I guarantee you, if

5    the guy is robbing a corner store he doesn't have

6    these sneakers on; they're almost a $300 pair of

7    sneakers.

8            I went, you could say I went -- not

9    belittling, but talking shit to him.  I was saying,

10   My sneakers cost more than you and your partner's

11   outfit.  At the time --

12       Q    You said that to the detective?

13       A    Yes.  I was angry at the time.  And then

14   they took my sneakers.  They stood me up, took my

15   sneakers, and put them in a brown bag right in front

16   of me.

17       Q    They're $300 sneakers.  Are they, like,

18   special sneakers?

19       A    They're Lebron James sneakers.

20       Q    When did you get them?

21       A    I don't recall that.

22       Q    Had you had them for a period of months,

23   weeks, days?

24       A    See, I have a lot of sneakers.  I'm what

25   they call a "sneaker head."  So I don't recall when

```
1   I bought them.  I would say months.
2        Q    Were they special order?
3        A    They're limited release.
4        Q    Where did you buy them from?
5        A    I bought them off of someone through a
6   Facebook group.  I bought five pairs of them at one
7   time off 'em and got a deal with them instead of
8   paying -- they call them resellers.
9                You'll go buy something for, say,
10  150, but you have to wait in line or they're limited
11  release and then they turn around and sell them for
12  three to $400.
13       Q    Anything else said in that interrogation
14  room that you didn't already testify about?
15       A    I honestly don't remember that much of the
16  interrogation because I was seeing red or so angry,
17  as they say, seeing red.
18       Q    You were upset?
19       A    Very upset.  I was remember telling them
20  you're a detective, detect.  Like...
21       Q    Anything else?
22       A    I believe I did curse him out more than
23  once.
24       Q    Do you remember what you said?
25       A    No.
```

1    Q    If anything comes to you while I'm asking
2    you questions about other things, you can chime in
3    and let me know if you remember something.

4        A    Okay.

5        Q    Now, the ATM receipt that we talked about
6    already, when were you able to obtain those out of
7    your car?

8        A    My wife -- I'm sorry, my fiancee retained
9    them out of the car.

10       Q    When?

11       A    The day that she picked up the vehicle.   I
12   don't know exactly what day she did pick up the
13   vehicle from the corner.

14       Q    Do you know how many days after you were
15   arrested?

16       A    One.   Maybe two.

17       Q    One or two days after you were arrested?

18       A    Yes.

19       Q    And what did she do with the receipts when
20   she picked them up?

21       A    She gave them to, I believe, Larry
22   Narsissi or made copies and gave the copy to Larry
23   Narsissi.

24       Q    Larry Narsissi was your attorney?

25       A    Yes.

1    Q    You believe she gave him copies of the

2    receipts two or three days after you were arrested?

3    A    I think she gave them to him right --

4    well, we had his cell phone number.  He's a family

5    friend also.  Not family friend.  He's more of my

6    wife's husband's family, more of a friend there,

7    through my -- not wife.  I'm sorry.  My sister's

8    husband, my brother-in-law, family friend of them.

9    Q    I'm just asking you when do you think your

10   fiancee gave the copies of the PNC receipts to the

11   attorney?

12   A    I believe it might have been the next day.

13   Because I believe that he had, that Larry Narsissi

14   had the receipts while I was still in the district.

15   Q    How long were you at the district?

16   A    I think three or four days.

17   Q    Did Larry Narsissi ever show you the

18   receipts?

19   A    No.

20   Q    Why do you think he had them?

21   A    I thought he was going to go to -- I can't

22   answer that.  I'm sorry.  I really can't answer why

23   he had them or what he was doing with them.

24   Q    I'm not asking you to speculate as to what

25   he did with them.  I'm asking what you know

1    personally.  If you don't know, you don't know.

2        A    I don't know.

3        Q    That's a perfectly fine answer.

4        A    I don't know.

5        Q    So you don't know exactly when your

6    fiancee gave your attorney those receipts?

7        A    I know I was still in the district at the

8    time.

9        Q    So it was within three to four days of

10   your arrest?

11       A    I would say one to two days within my

12   arrest.

13       Q    And you don't know what Larry Narsissi,

14   your attorney, did with those receipts when he

15   received them?

16       A    No, I don't.

17       Q    How long did you spend in jail in total

18   after you were arrested?

19       A    I think 14, 15 months.

20       Q    Do you know when the detainer was lodged?

21       A    Well, I maxed out, meaning my parole or

22   sentence was over.  It was June 10, 2015, I believe.

23       Q    You were arrested in 2013.  You testified

24   earlier you were released in 2010 from your earlier

25   sentence with five years of parole?

1    A    So it would have been -- I don't remember
2    if it was 14 or 15 of June.
3           MR. McDERMOTT:  His bail was changed on
4       June 13, 2014, and in that time he was at
5       Graterford.  And then his case was discharged
6       on August 7, 2014.
7           THE WITNESS:  So it would have been June
8       of 2014.
9           MR. McDERMOTT:  He would have been in
10      custody from the date of his arrest through
11      that date.
12          MR. SHOTLAND:  Can you give me that date
13      again?  Dismissed what day?
14          MR. McDERMOTT:  The case was dismissed on
15      August 7, 2014.  His bail was changed on
16      June 13, 2014.
17   BY MR. SHOTLAND:
18      Q    So if I understand it, then, you were
19   arrested on March 23, 2013, right?
20      A    Yes.
21      Q    Then a detainer was lodged and you were
22   serving a probation or parole violation until
23   June 13, 2014?
24      A    Well, my max out day was June 10th of
25   2014.  Then I was brought to the County on State

1    Road.  I remember, I believe we went into -- I

2    didn't, Michael did, went into the courtroom and I

3    was supposed to be given unsecure bail or ROR,

4    something within that means, something within that.

5    It was screwed up.

6                They had it as an electronic

7    monitoring or a house arrest, which they messed up.

8    The case before me, they did house arrest and they

9    had the paperwork mixed up.  So I had to sit in over

10   the whole weekend and then I was released that

11   Monday when they figured out what happened.

12        Q    That Monday after June 10, 2014?

13        A    Yes.

14        Q    You were released from prison?

15        A    From State Road.

16        Q    Now, in that period between March of 2013

17   when you were arrested and June 10, 2014, were you

18   serving that time on State Road?

19        A    No.  I was in, when I was arrested on the

20   23rd, I was -- I think I was sent up to State Road

21   maybe that Monday or Tuesday, so that would have

22   been the 25th, 26th -- actually, I was -- what was

23   I?

24        Q    I think earlier you said you served the

25   time in Graterford?

1       A     I did some time in the County, maybe one

2   or two months or three months, and then they do a

3   payoff, meaning the State pays your bail so they --

4   parole can come and get you.

5               So I did my -- I did about no more

6   than three months on State Road.  I was at

7   Graterford for about six or seven months, and then I

8   was sent to SCI Dallas for about four months, five

9   months.

10      Q     And then in June of 2014 you were brought

11  back to the county and went to court and were

12  dismissed?

13      A     Well, unsecured bail I was granted on

14  July 13th or --

15               MR. McDERMOTT:  June.

16               THE WITNESS:  June 13th.  They gave me

17          unsecure bail, and then they didn't withdraw

18          the charge until August 7th, I believe, it was.

19  BY MR. SHOTLAND:

20      Q     Right.  You didn't serve that period of

21  time from mid June 2014 to August 7, 2014 in prison;

22  you were out, right?

23      A     Yes.

24      Q     So you were released sometime in the

25  middle of June of 2014?

```
 1        A    Yes.
 2        Q    And then they dropped the charges
 3   August 7th?
 4        A    Yes.
 5        Q    I'm going to show you a photograph of
 6   sneakers.  Can you identify the sneakers?
 7        A    Yes.
 8        Q    Whose sneakers are those?
 9        A    They're mine.
10        Q    Were those the sneakers you were wearing
11   when you were arrested?
12        A    Yes.
13                       (Exhibit Collins-1 was marked
14                        for identification.)
15   BY MR. SHOTLAND:
16        Q    Do you see the document that's been marked
17   Collins-1?
18        A    Yes.
19        Q    That's the picture of your sneakers,
20   right?
21        A    Yes.
22             THE WITNESS:  Can I ask him something off
23        the record?
24             MR. SHOTLAND:  Take a break.
25             (Discussion off the record.)
```

1          THE WITNESS:  And then when I was in the

2     district, my fiancee's father, he works for the

3     polls and works for the city now, at the time

4     he didn't, he knows a lot of like state

5     representatives and stuff like that, and he

6     knows a lot of police officers, detectives and

7     regular cops.

8          He made a lot of phone calls to tell the

9     detectives at the time that they had receipts

10    at the time.  And, I guess, from -- I'm sorry.

11    I can't presume anything that the detective was

12    thinking at the time.

13         But I think it's because of the arguments

14    or me cursing him out had something to do with

15    it.  My fiancee's father was told, Oh, it's in

16    the DA's hands now, when he could have showed

17    them a receipt at the time of me being

18    somewhere else at the time of the crime.

19 BY MR. SHOTLAND:

20      Q    Who could have showed someone --

21      A    The detective could have been shown that

22 PNC receipt right there, but they didn't -- I

23 believe they thought it was me by me being

24 identified.

25      Q    When you say somebody could have showed

1 the detective the receipt, who do you --

2     A    Meaning either --

3     Q    Who are you talking about?

4     A    Either my father-in-law, my wife -- my

5 fiancee, my sister, my brother. Someone could have

6 made it up to the district to show the officer or

7 detective the ATM receipt showing it's physically

8 impossible for me to have robbed that store knowing

9 I'm at Welsh Road at the time, or two minutes after,

10 the crime happened.

11     Q    It's your belief that some member of your

12 family should have gone and shown the detective

13 these receipts?

14     A    Well, it wasn't that they could have shown

15 them. The detectives didn't want to hear it.

16     Q    So you think the detective should have

17 called your family back after they called the

18 district? I'm just trying to understand what you're

19 saying.

20     A    Yes, the detective should have -- if

21 someone is telling you they have an alibi, don't you

22 think you should look into that before they're

23 automatically proven guilty instead of innocent

24 until proven guilty. You're guilty until proven

25 innocent in Philadelphia now.

1    Q    I'm just trying to understand the point

2  you're trying to make, is that you believe the

3  detective should have --

4          MR. McDERMOTT:  His point of view is the

5          detective should have listened to him and his

6          girlfriend's father, who was trying to show

7          them that they had receipts showing that he had

8          an alibi.  I think he's just having trouble

9          saying it.

10  BY MR. SHOTLAND:

11    Q    Is that right?

12    A    Yes.

13    Q    Your attorney gave me some phone records

14  for telephone number (215)776-6796.  Is that your

15  phone number?

16    A    Yes.

17    Q    On March 23, 2013, at 7:39 p.m., you

18  called (215)760-7094; is that right?

19    A    Yes.

20    Q    Who is that?

21    A    That's my fiancee's phone number.

22    Q    Is that the call that you referred to

23  earlier from the police car or is that earlier in

24  the night?

25    A    That's -- what time did you say?

1      Q      7:39 p.m.?

2      A      No, that's earlier in the night.

3      Q      At 7:40 p.m., it appears you called

4    (215)941-3533.  Do you know who that is?

5      A      No, not right offhand.

6      Q      At 7:41 p.m., it appears you called

7    (267)339-5712.  Do you know who that is?

8      A      Not right offhand.

9      Q      All those calls were within one minute of

10   each other, 7:39, 7:40 and one was at 7:41.  You

11   don't know who those second two numbers are?

12     A      No, not right offhand.

13     Q      At 7:46 you called (267)339-5712.  That's

14   the same number as I just read.  You still don't

15   know who that is?

16     A      No.

17     Q      Let me give you this to review.  See if

18   that refreshes your recollection.  It's the bottom

19   call on the first page, first call on the second

20   page.

21     A      The only reason the phone records were

22   brought in, Larry Narsissi, my attorney, was going

23   to have my cell phone pinged to show where I was at

24   at the time of the robberies.

25                    They're circled like that at them

1    times to show I'm on my phone at the time of the

2    robbery to show where the person robbing the corner

3    store wasn't using the phone while they were robbing

4    the store at the time. So that's why my phone

5    records are being shown like this.

6         Q    So the point of the phone records is to

7    show that during the period when the store was

8    robbed, you were on the phone?

9         A    Yes. Now, the 941 number was, I believe,

10   Crystal Hannah at that time, after looking at it.

11   Because remember I told you in the beginning I tried

12   calling her a couple times while I was sitting on

13   the corner.

14        Q    Which number is that on that page?

15        A    That is -- let me see. 941-3533.

16        Q    That's the number you called two times?

17        A    A couple, yes.

18                        (Exhibit Collins-2 was marked

19                         for identification.)

20   BY MR. SHOTLAND:

21        Q    Handing you what's marked Collins-2, it

22   appears to be a letter, handwritten letter, signed

23   by you to your attorney; is that right?

24        A    Yes.

25        Q    It's describing a compromise and release

1     for your Workers' Compensation claim?

2         A    Yes.

3                    (Exhibit Collins-3 was marked

4                      for identification.)

5     BY MR. SHOTLAND:

6         Q    Handing you what's been marked Collins-3.

7     This appears to be a letter, handwritten letter, to

8     your attorney agreeing to pay him $7500 to represent

9     you in a criminal case?

10        A    Yes.

11        Q    What criminal case was that?

12        A    The one that I was arrested for on

13     March 23rd of 2013.

14        Q    Did you ever pay Mr. McDermott $7500?

15        A    Yes.

16        Q    Do you have any receipts of paying him?

17        A    No, not right offhand.

18        Q    Do you know which accounts they were paid

19     out of?

20        A    I believe it was through the settlement he

21     was paid.

22        Q    So a portion of this Workers' Compensation

23     settlement went to paying him to represent you for

24     the criminal case?

25        A    Yes.

```
1        Q      Have you ever been to the Red Sun Market
2    before?
3        A      No.
4        Q      You understand that is the market that was
5    robbed?
6        A      Yes.
7        Q      Had you ever seen Xiu Mei Xiao before?
8        A      No.
9        Q      X-I-U, M-E-I, X-I-A-O.
10              Do you know anything about Xiu Mei
11   Xiao?
12       A      Meaning?
13       Q      From, you know, having her identify you in
14   the criminal case, did you ever find anything out
15   about her?
16       A      No.
17       Q      Other than, saying, "That him, that him,"
18   did you hear her say anything else?
19       A      No.
20       Q      When she said, "That him, that him," did
21   you understand that she was identifying you?
22       A      Yes.
23       Q      Do you have copies of either the video
24   from PNC Bank or the video from the Red Sun Market,
25   personally; do you have those?
```

1    A    I might have.

2    Q    You're not sure one way or the other?

3    A    No.  Because I put it on a flash drive for

4  Michael the one time.  I don't know.  I know he has

5  a copy of it on a flash drive.  But I don't recall

6  if I kept it myself.

7            MR. SHOTLAND:  Those are all the questions

8       I have.

9            MR. McDERMOTT:  No questions.

10           THE REPORTER:  Regular delivery for

11      finals?

12           MR. McDERMOTT:  Yes, regular delivery.

13      Just a full transcript.

14           MR. SHOTLAND:  Regular is fine.

15           (Witness excused.)

16           (Deposition concluded at 3:14 p.m.)

17

18

19

20

21

22

23

24

25

1

2                     C E R T I F I C A T E

3

4  COMMONWEALTH OF PENNSYLVANIA    :

5                                  :

6  COUNTY OF PHILADELPHIA          :

7

8

9                     I, MAUREEN BRODERICK, Registered

10  Professional Reporter - Notary Public, within and

11  for the Commonwealth of Pennsylvania, do hereby

12  certify that the proceedings, evidence, and

13  objections noted are contained fully and accurately

14  in the notes taken by me of the preceding

15  deposition, and that this copy is a correct

16  transcript of the same.

17

18

19

20                         _Maureen Broderick_

21

22                     MAUREEN BRODERICK

23                     Registered Professional

24                     Reporter - Notary Public

25

# LAWYER'S NOTES

| Page | Line | |
|------|------|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**A**

a.m 27:4,8
Aaron 2:9 4:18 14:7
aaron.shotland@...
  2:11
ability 7:6
Abington 9:3
able 7:7 15:22 52:6
access 18:14 30:14
account 20:6 28:21
  28:22,23,25 29:1
  29:3,4,10,10,14
  31:2,3,4,9,10,12
  31:12,17,17,18,20
accounts 29:8,16
  64:18
accurately 6:18
  67:13
ACTION 1:4
address 7:21 8:4,9
  28:1,2 33:24
affect 7:5
African-American
  48:22
afternoon 4:16
agreed 30:18
agreeing 64:8
agreement 4:7
al 1:6
alcohol 23:13,14
alibi 60:21 61:8
allowed 23:15
amount 19:24
  23:19
angry 50:13 51:16
answer 5:15,16,19
  5:20 6:5 53:22,22
  54:3
answered 5:3 45:7
  46:20
answering 34:7
answers 5:22
anyway 18:13
APPEARANCES
  2:1
appears 62:3,6
  63:22 64:7
approximately 1:12
April 1:12 7:20
  17:11
Arch 1:10 2:10
area 28:7 43:6
arguing 47:19
argument 26:7
arguments 59:13
armrest 42:18
  43:13

arraign 25:10
arrest 14:12,18,21
  22:6 24:17,17
  39:11 54:10,12
  55:10 56:7,8
arrested 8:5,18,21
  8:24 14:11 16:7
  18:7 21:13,18
  22:3,12 24:1,2
  25:4,8,20 42:20
  45:5 52:15,17
  53:2 54:18,23
  55:19 56:17,19
  58:11 64:12
arrests 47:24
Asian 40:3,4
asked 31:21 41:6,6
  49:17
asking 5:14,17
  10:20 15:14 20:10
  20:11 22:5 35:13
  52:1 53:9,24,25
ass 47:12
assume 6:6
ATM 30:21,22 43:18
  43:21 52:5 60:7
attached 35:21
attention 14:8
attorney 15:8 16:5
  19:11 20:4,17,24
  21:4 29:2 30:2,9
  30:18 52:24 53:11
  54:6,14 61:13
  62:22 63:23 64:8
attorney's 20:13
August 55:6,15
  57:18,21 58:3
automatically
  60:23
Ave 45:3
avenue 32:25,25
  33:11 34:4 44:9
avoid 5:25
Avon 26:11
awarded 17:11

**B**

back 6:24 8:9 9:6,9
  15:4,23 16:11,24
  16:25 21:18 22:23
  23:1,5 36:23
  37:23 38:14 39:13
  39:17,22 40:16
  42:4,10 45:15
  46:10 47:13 57:11
  60:17
backpay 16:1

bag 50:15
bags 17:1
bail 25:7,10,11 55:3
  55:15 56:3 57:3
  57:13,17
bank 18:15 28:13
  29:4,13,20 30:13
  30:23 31:22 32:11
  39:5,9 44:1 65:24
bargain 49:13
basically 19:2 29:3
  37:10 42:14
battery 45:15
beating 35:4 36:4
beginning 1:12
  31:25 63:11
behalf 20:7
belief 20:1 47:25
  60:11
believe 5:4 6:25
  10:25 14:15 17:12
  21:2 23:21 24:11
  28:24 29:4 31:18
  32:5 33:17,19
  36:22 38:15 40:1
  40:7,14 43:5
  47:18 51:22 52:21
  53:1,12,13 54:22
  56:1 57:18 59:23
  61:2 63:9 64:20
believed 46:8
believing 47:20
belittling 50:9
bending 17:4
benefits 17:22 18:1
Berkery 36:22
  37:14,22 42:9
  43:14 44:22 45:19
  47:6
best 13:8
beyond 10:12 23:24
biggest 14:20 15:17
birth 7:19
bit 9:1 23:21 29:21
  41:5
black 36:18 44:14
Blue 7:22 8:1 28:8
body 5:23 14:3
  16:14
Booster 23:17
bottom 62:18
bought 51:1,5,6
Boulevard 9:12
  46:3,21
boxed 36:10
brakes 9:7,11 46:21
brand 6:23

break 58:24
breakdown 19:13
bring 14:7 15:6
  41:7
bringing 15:13 40:9
brings 19:16
Broderick 1:13 67:9
  67:21
broken 41:9
brother 60:5
brother's 11:24
brother-in-law 53:8
brought 4:19 40:7
  40:11,13,17 41:5
  41:7 44:6 48:10
  49:21 55:25 57:10
  62:22
brown 50:15
brown-skin 48:23
BS 41:15
Buick 42:23
Building 2:9
bullshit 41:18,24
bunch 36:9
burglary 24:4,13
burn 12:16
butt 36:23
buy 51:4,9

**C**

C 67:2,2
C-O-L-L-I-N-S 7:18
call 11:21,22 34:5,6
  34:8,12 45:8
  50:25 51:8 61:22
  62:19,19
called 9:7,10 10:18
  23:16 34:2 40:1
  46:20 60:17,17
  61:18 62:3,6,13
  63:16
calling 33:8 34:15
  46:14,16 63:12
calls 59:8 62:9
car 8:20 9:6,12
  29:22 32:1 34:16
  35:1,9,9,10,21
  42:13,16 43:9,10
  46:16 52:7,9
  61:23
card 18:14 31:6
  32:6,6,7,8,9,9
cards 31:5
care 27:11
caregiver 27:12
carpal 13:5 16:18
  16:21

case 16:7 18:1
  19:15 21:17 55:5
  55:14 56:8 64:9
  64:11,24 65:14
cash 32:11
cat 31:19,19
Catholic 10:8
cell 47:12 53:4
  62:23
certain 18:23
certificate 10:16,17
  10:18 11:11,13
certification 4:8
Certified 1:22
certify 67:12
changed 55:3,15
changes 7:11
charge 57:18
charged 22:13
charges 58:2
cheaper 26:13
check 15:2 19:3
checking 28:22,23
  28:25
chest 35:3 36:3,12
  38:6
children 9:16
chime 52:2
circle 32:15 37:14
  37:18
circled 62:25
city 1:5,10 2:8 4:20
  59:3
CIVIL 1:4 2:8
claim 18:3 19:1,4
  19:20 64:1
clarify 19:8
clear 6:13
client 19:23 20:19
close 41:10
closer 41:5,7
clothes 26:2
clothing 26:20
coffee 32:18,22
  38:11,23 42:8
Collins 1:3,9 3:3,8
  4:2,16 7:17 8:12
  30:2,9
Collins-1 58:13,17
Collins-2 63:18,21
Collins-3 64:3,6
color 36:17
comb-over 44:14
come 11:18 57:4
comes 52:1
coming 47:12 49:4
commercial 10:14

commit 20:20,22
committed 20:9,15
**Commonwealth** 1:15 67:4,11
**Comp** 11:19 17:25 18:18 19:12 20:5
companies 12:7 13:13
company 12:11,13 14:9,10 15:7
**Compensation** 5:5 14:11 15:1 17:22 18:5 19:1,4 21:12 64:1,22
complete 9:23,25
completed 11:1
compromise 63:25
concluded 66:16
conditions 23:12
conference 14:13
constantly 16:19 16:20,25 17:4
contained 67:13
contents 30:16
conversation 5:16
convicted 21:21 22:13 23:15
conviction 22:6 23:10 24:6,8 25:6 25:13
cop 34:22
copies 30:5 52:22 53:1,10 65:23
cops 59:7
copy 15:1 52:22 66:5 67:15
corner 18:11,13,15 18:22 34:3 50:5 52:13 63:2,13
correct 21:22 67:15
cost 50:10
costume 26:9,10,11 27:23
**Cottman** 44:6,8,8 45:3
counsel 2:6,12 4:7
county 55:25 57:1 57:11 67:6
couple 4:20 13:23 30:19 41:4 63:12 63:17
court 1:1,21,22 5:19 57:11
courtroom 56:2
cousin's 27:25
covered 21:6
crack 36:24

crime 59:18 60:10
criminal 19:15 21:16 64:9,11,24 65:14
cross 44:7
Crystal 33:9,14 34:12 63:10
cubbyhole 42:23 43:2
curb 40:8,14,21,22 40:23
current 7:21
currently 17:18
curse 51:22
cursing 59:14
custody 55:10
cut 15:20

**D**

DA's 59:16
**Dallas** 57:8
date 7:12,19 24:2 43:23 55:10,11,12
dates 43:19
day 16:21 22:18 25:16,19 27:10,19 52:11,12 53:12 55:13,24
days 13:23 25:9,9 30:19 50:23 52:14 52:17 53:2,16 54:9,11
deal 51:7
debit 31:5,6 32:6
**December** 24:3,13
decided 26:9
defendants 1:6 2:12 4:19
defense 20:24
degree 10:16
DeLaSalle 1:23
delivery 66:10,12
demonstrate 5:23
demonstration 26:10,16 33:21
**Department** 1:10 2:8
deposed 4:25
deposition 1:9 4:22 4:23 5:2,6,9 66:16 67:15
descent 40:3
described 26:19
describing 63:25
**DESCRIPTION** 3:7
detainer 22:10 25:1 25:5,11,12 54:20

55:21
detect 51:20
detective 4:21 48:24,24 50:12 51:20 59:11,21 60:1,7,12,16,20 61:3,5
detectives 48:16,17 59:6,9 60:15
developed 16:21
direction 28:9
disability 11:20 15:19 16:2,6,10 17:10,19 21:12
discharged 55:5
**Discussion** 17:16 29:25 30:7 58:25
discussions 18:23
dismissed 55:13,14 57:12
disrespected 45:18
disrespectful 46:25
district 1:1,1 46:6,7 47:5 48:11 53:14 53:15 54:7 59:2 60:6,18
**Ditman** 44:6
document 58:16
documents 14:23 30:10
doing 13:11 14:4 18:16 19:23 26:21 27:9,22 46:5 53:23
dollars 18:19
**Donuts** 32:14,17 44:23,25 45:21,24 46:9,10,11
door 35:11,19 44:9
doorway 48:25
dough 16:20
drive 33:6 66:3,5
drive-thru 32:19,21 32:23
driver's 35:19
driving 33:1,4
drop 26:9,17 27:24 33:11,24 35:9
dropped 34:21 35:8 35:10,14,24 58:2
dropping 33:18,22
drugs 23:13
duly 4:3
**Dunkin'** 32:14,17 44:23,25 45:21,24 46:8,9,11

**E**

E 1:13 67:2,2
earlier 24:25 29:21 31:21 54:24,24 56:24 61:23,23 62:2
**EASTERN** 1:1
economic 14:20
education 10:12
eight 10:25
either 7:5 15:22 43:12 49:1 60:2,4 65:23
elbow 35:11
**Electric** 11:25 12:1 12:4,23
electrical 10:22 11:14 12:15
electrician 10:20 11:4,6
electricity 10:15
electronic 56:6
**Eleventh** 9:21
**Elizabeth** 8:14
em 51:7
employment 13:14 21:6,7
ends 31:3,4
engaged 8:15
**English** 41:9
escrow 20:6,19
**ESQUIRE** 2:2,9
et 1:6
everybody 23:1
evidence 20:7 67:12
exactly 12:19 33:8 35:1 38:6 44:7 47:2 52:12 54:5
**EXAMINATION** 3:1 4:13
examined 4:4
excused 66:15
**Exhibit** 3:6,9,10,11 58:13 63:18 64:3
**Explorer** 34:9 38:15 39:17,23 40:18 42:5
**Explorer's** 40:17
extra 15:25 32:18
eyes 47:20

**F**

F 67:2
face 34:11,23 35:13
**Facebook** 51:6
fact 20:22

**Factory** 13:15 16:15 17:7
family 53:4,5,6,8 60:12,17
far 9:20 28:4
**Farm's** 20:13,17
fast 35:4 36:5
father 59:2,15 61:6
father-in-law 60:4
feel 19:21 42:7
feeling 7:9
feet 41:12
felons 23:15
fiancee 8:8,10 26:10 27:16 45:8 52:8 53:10 54:6 60:5
fiancee's 8:13 26:20 59:2,15 61:21
figured 56:11
filing 4:9
fill 12:5,7
finally 23:9
finals 66:11
find 33:9,24 65:14
finds 47:11
fine 54:3 66:14
finished 5:14
first 4:3 22:12 40:7 41:4 46:18 48:17 49:3 62:19,19
five 13:7 22:16 23:22,24 24:9 34:14 42:17,19 51:6 54:25 57:8
five- 21:24
flash 66:3,5
flashlight 35:17,20
**Fleming** 1:23
**Floor** 1:11
flour 17:1
following 14:12
follows 4:5
food 31:19
forever 45:9
forget 35:1
form 4:10
forth 15:4
found 24:14
four 34:14 40:15 41:12 42:17,19 53:16 54:9 57:8
**Frankford** 10:8 33:10
free 26:2
freedom 15:15

friend 53:5,5,6,8
friend's 27:25
friends 11:24 14:2
front 32:1 50:15
froze 22:25,25
fucking 45:11
full 41:16 42:18
  66:13
fully 67:13

**G**
Gabapentin 6:23
GED 9:21 10:12
gentleman 48:21
getting 18:12
girlfriend's 61:6
give 5:11 55:12
  62:17
given 21:11 56:3
giving 20:14
glasses 44:14
glove 42:18
go 5:13 9:20 10:2
  12:17 17:9 18:15
  26:5 28:8 30:10
  32:12,19 43:8
  51:9 53:21
goes 5:12
going 5:11 6:6,25
  15:17 18:14 20:5
  20:6 21:16 25:22
  26:5 27:24 34:23
  35:7,15 37:1,9,10
  37:11 41:22 42:13
  43:15 44:25 45:6
  45:24 46:2,2,3,8,9
  50:2 53:21 58:5
  62:22
gold 26:12
good 4:16 23:10
  42:14
gotten 19:18
governor 22:24
grab 31:19
grabbed 32:18
  33:20
grace 45:1,22 46:12
grade 9:21,22,25
graduate 9:18
granted 57:13
Grass 7:22 8:1 28:8
Graterford 55:5
  56:25 57:7
gray 48:25
group 51:6
guarantee 50:4
guess 13:8 34:3

37:21 45:16 46:4
47:14 49:25 50:2
59:10
guilty 24:13,14
  60:23,24,24
gun 47:7,7,10,12
guy 11:17 50:5

**H**
hair 44:14 48:25
halfway 23:16,18
Hammonton 1:23
hand 35:3 36:2,12
  37:14,17,18
hand-held 35:20
handcuffed 37:15
handcuffs 37:23
handed 30:2,9
Handing 63:21 64:6
handle 14:3
hands 13:5,6 16:11
  16:23 36:22 59:16
handwritten 3:1
  3:11 63:22 64:7
Hannah 33:9,14
  34:13 63:10
happen 38:12 39:1
  41:22
happened 16:16
  18:4,25 33:1
  34:19 36:20 38:3
  39:2,12,25 40:11
  41:13 42:3,15
  44:4,20 46:23
  49:6 56:11 60:10
happening 37:25
Hartel 27:25 28:2,9
  32:24 33:4,6,10
  33:11
head 5:24 35:12
  37:15 50:25
headed 32:13,24
heading 45:3 46:6
hear 40:6 60:15
  65:18
heard 5:12 41:10,23
  45:20
hearing 20:2
heart 35:4 36:4
heck 35:15
held 20:15
Hello 4:17
help 14:2 37:9,9
helped 40:14
helping 13:19
hiding 37:8
high 9:18 10:2,3,5,8

history 21:6,17
hit 22:3
holding 36:24
  37:22
Holmes 32:15
Holmesburg 28:7
home 11:10,19 21:2
  25:8,25
honestly 6:17 46:1
  46:5 51:15
hoping 15:4
Hospital 9:3
hot 38:11,23 42:8
hours 8:23
house 12:16 23:16
  23:18 25:23 26:6
  27:13,25 28:4,8
  28:10 33:9 56:7,8
housewife 25:25
hundred 17:3 18:19
hundred-pound
  17:1
hurt 16:13
husband 53:8
husband's 53:6

**I**
identification 58:14
  63:19 64:4
identified 30:11
  39:19 47:21 48:1
  48:3,7 59:24
identify 39:11 58:6
  65:13
identifying 65:21
impossible 60:8
incarcerated 14:17
  14:19
incident 11:9 25:15
including 15:1 22:2
income 18:10
INDEX 3:1,6
information 30:20
informed 16:5
injuries 17:6
injury 13:4
innocent 60:23,25
inside 35:9,10
Instantly 41:25
Institute 10:14
instructions 5:11
insurance 12:18
  15:7
interaction 25:17
interest 13:8
interrogation 51:13
  51:16

issues 6:24

**J**
Jackson 44:7
jail 23:2 54:17
James 50:19
Jersey 1:23
jewelry 26:11,11
  27:23 33:11,16,25
job 13:6 14:9
jobs 13:19,21 15:14
July 21:21 22:6
  24:14 57:14
June 54:22 55:2,4,7
  55:16,23,24 56:12
  56:17 57:10,15,16
  57:21,25

**K**
K-E-R-N-S 12:3
Keep 5:22
keeps 7:3
kept 34:8 44:21,21
  47:7 66:6
Kerns 11:24,25
  12:1,2,4,23
kicking 47:12
kid 14:2 17:8 47:11
killed 22:24 23:3,6
kind 6:20 7:2 13:3
  13:10 19:21 26:19
knew 41:22
know 4:23 5:16 6:5
  6:11,12 7:11,12
  10:19 12:9,14,14
  14:8 15:1 16:17
  16:18 18:20 20:4
  23:2 26:15 28:2
  32:24 36:11,13,15
  37:9 38:7 39:2
  41:6 42:6 44:13
  45:16 46:3,5
  47:15 48:19 52:3
  52:12,14 53:25
  54:1,1,2,4,5,7,13
  54:20 62:4,7,11
  62:15 64:18 65:10
  65:13 66:4,4
knowing 60:8
knows 59:4,6

**L**
lady 40:16
large 32:18
Larry 52:21,22,24
  53:13,17 54:13
  62:22

Law 1:10 2:2,8
lawsuit 4:19
leave 27:13
leaves 26:23 27:18
leaving 27:14
Lebron 50:19
left 13:10 25:24
  27:16,20
leg 6:25 7:4
letter 3:10,11 20:23
  21:1 63:22,22
  64:7,7
letterhead 20:18
license 12:16
licensed 10:20 11:3
  12:14,15
lifting 16:25 17:1
light 35:18
light-skinned 48:21
  48:22
limited 51:3,10
line 30:13 51:10
lines 46:13
listened 61:5
little 9:1 14:14
  22:15 23:21 29:21
  41:5 42:23 43:1,3
  43:6 47:11
live 8:7
lived 8:1,9
living 8:4
location 28:4
locked 45:10 46:18
  46:19 47:4
lodged 25:5 54:20
  55:21
long 8:1,15 10:24
  13:21 25:9 39:22
  41:24 46:4 48:15
  53:15 54:17
longer 17:21
look 21:2 38:23
  40:2 42:7,13 43:8
  43:10,16 48:20
  60:22
looked 39:6 40:25
looking 42:11 44:10
  63:10
looks 30:21
loss 15:15
losses 14:21
lost 19:2,2
lot 5:15 17:2 42:12
  42:16 45:8 50:24
  59:4,6,8
loud 41:21
lower 16:11,23,25

lunch 26:3,3,20

**M**

M-E-I 65:9
MAC 28:15 29:23
mad 46:24
making 26:20
March 18:7 21:18
  22:3 24:18,20
  25:8,16 30:24
  55:19 56:16 61:17
  64:13
marked 36:10 58:13
  58:16 63:18,21
  64:3,6
market 65:1,4,24
married 9:14
match 43:19,20,22
  49:23
matching 44:18
matter 19:23
Maureen 1:13 67:9
  67:21
max 55:24
maxed 54:21
McDERMOTT 2:2,2
  5:7 14:7,24 15:13
  18:21 19:8,11,21
  22:11 25:21 30:4
  48:4,8 55:3,9,14
  57:15 61:4 64:14
  66:9,12
mean 19:22 22:9
  33:3 35:17
meaning 5:1 8:19
  25:18 39:15 40:15
  42:12 54:21 57:3
  60:2 65:12
means 6:11 56:4
mediation 18:6,8
medication 6:20
  7:4
medications 7:5
Mei 65:7,10
member 60:11
mentioned 25:1
mentioning 44:17
messed 56:7
messes 7:3
Michael 2:2,2 56:2
  66:4
mid 57:21
middle 7:15 9:12
  46:21 57:25
Mike 18:20
miles 28:5,5
mine 58:9

minute 62:9
minutes 13:7,7
  39:24,25 41:4
  49:4 60:9
mix 17:1
mixed 17:3 56:9
mixer 17:2,5
mm-hmm 6:1
mmcder1188@a...
  2:5
mom 27:11
moment 45:1
Monday 14:12 18:6
  56:11,12,21
money 19:14 28:16
  28:19,20,21 31:16
  31:20,22 39:8
monitoring 56:7
month 23:13
months 10:25
  50:22 51:1 54:19
  57:2,2,6,7,8,9
mother 8:8,10 29:5
  29:11,18
mother's 8:11 29:1
  31:9,12,18 32:6,8
motion 16:17 37:14
  37:17
Moving 25:15
Multiple 10:3
muscle 7:2

**N**

name 3:7 4:18 6:24
  7:14 8:11,13
  12:10,11,13 15:8
  33:13,19 36:13
  44:13 47:23,25
  48:1,2,6 49:1
names 48:19
Narsissi 52:22,23
  52:24 53:13,17
  54:13 62:22
Near 40:23
need 5:17 7:12
needed 14:1 33:24
nerve 6:24
nerves 7:3
nervous 35:7,15
Neurontin 6:24
never 11:3
New 1:23
Nicoletti 12:9 13:1
night 8:18 61:24
  62:2
nod 5:24
normal 25:24

North 10:8
northbound 46:2
Northeast 7:25 28:6
  32:15
Notary 1:14 67:10
  67:23
noted 67:13
notes 67:14
notice 36:9
noticed 46:15,15
number 15:17
  33:19 53:4 61:14
  61:15,21 62:14
  63:9,14,16
numbers 14:14
  15:16 18:20 31:2
  62:11

**O**

objections 4:9
  67:13
obligation 15:11
observed 38:17
obtain 10:16 11:11
  52:6
obtaining 11:13
obviously 15:11,15
odd 13:19,21
offer 15:3 20:19,20
offered 14:15
offhand 36:14 62:5
  62:8,12 64:17
officer 35:2,6,12,24
  36:8,11,21,25
  37:13,22 42:5,6,9
  43:14 44:10,15,22
  45:19 47:6 48:23
  49:25 60:6
officer's 44:13
officers 4:21 18:9
  18:17,24 22:24
  23:3,5 34:25
  38:23 40:15 42:4
  46:15 59:6
OFFICES 2:2
Oh 43:18 44:10
  49:16,25 59:15
okay 5:20,21 6:2,7
  6:8,14,15 7:9,13
  16:3 20:11 21:5
  30:16 48:8 52:4
old 40:4
older 11:24
once 23:13 47:21
  47:23 51:23
one-of-a-kind 50:3
opening 44:9

Oral 1:9
order 33:19 51:2
Orleans 10:13
outfit 50:11
outside 35:9
Overtalking 27:5
owned 29:4,10,11
owner 39:19
owns 11:25 12:13
oxygen 47:19

**P**

P 3:3 4:2
P-A-T-R-I-C-K 7:18
p.m 1:13 26:24 27:3
  27:8,10,18,20
  29:21 30:24 61:17
  62:1,3,6 66:16
PA 2:4,10
pack 26:3
packet 30:3
page 3:2,7 62:19,20
  63:14
paid 64:18,21
pain 7:4,4
pair 50:6
pairs 51:6
pants 36:23,24
  37:23
paper 42:18
paperwork 56:9
park 32:19
Parkway 2:9
parole 22:3,10,25
  23:7 24:22,23
  25:4,11,12 34:22
  35:7 36:8,25
  54:21,25 55:22
  57:4
parted 44:14
partner's 50:10
parts 16:13
passed 30:21
Patricia 8:12
Patrick 7:17
pay 19:15 64:8,14
paying 51:8 64:16
  64:23
payoff 57:3
pays 57:3
Pennsylvania 1:1
  1:11,15,23 7:23
  67:4,11
people 11:23 13:20
  14:1 38:5,5
percent 19:12,18
  19:24

perfectly 54:3
period 14:18 50:22
  56:16 57:20 63:7
permission 37:7
person 12:12 33:15
  39:10 49:24 63:2
personally 54:1
  65:25
Philadelphia 1:5,10
  1:11,23 2:4,8,10
  4:20 7:22 13:15
  14:9 32:15 60:25
  67:6
Philly 7:24 28:6
phone 9:13 34:5,20
  35:8,11,24 45:6
  45:14 46:17,22
  49:14 53:4 59:8
  61:13,15,21 62:21
  62:23 63:1,3,4,6,8
photocopy 30:22
photograph 3:9
  58:5
physically 60:7
pick 52:12
picked 52:11,20
picking 16:19 17:4
  32:22
picture 58:19
piece 16:20
pieces 30:20
Pike 1:23
pinged 62:23
place 43:3
placed 39:13
places 23:14
Plaintiff 1:3 2:6
Plastic 26:15
plea 24:3 49:13
please 5:14 37:4
  39:1 42:7 44:22
  49:12
pled 24:12
PNC 28:13 29:13,16
  29:20 30:12,23
  31:22 32:11 42:21
  43:5 53:10 59:22
  65:24
point 8:17 18:16
  47:19 61:1,4 63:6
pointed 34:10 38:6
police 4:21 9:6
  18:24 25:17 34:9
  34:16 39:17 41:20
  46:15 48:23 59:6
  61:23
polls 59:3

portion 64:22
possession 9:9
possible 5:12 6:14
postpone 7:12
pounds 17:3
Power 29:2
pre-release 22:23
22:25 23:1
pre-released 23:4
preceding 67:14
preparing 26:19
presume 59:11
pretzel 13:15 14:9
14:10 16:15 17:7
prevent 6:17 7:6
prevention 23:17
prior 25:13,16 27:9
27:13 47:23
prison 15:20 22:19
23:5 56:14 57:21
probably 8:25
27:11 32:2
probation 23:19,24
24:10,21 55:22
proceedings 20:15
67:12
processed 48:13
produce 15:11
30:18
produced 50:1
Professional 1:14
67:10,22
Program 23:17
proven 60:23,24,24
provide 5:18 21:3,4
Public 1:14 67:10
67:23
pull 15:6 34:16
38:19
pulled 11:19 26:18
33:7 34:2,3,5,21
36:21 40:25
purchased 26:18
33:17
purchasing 33:15
pure 15:16
purpose 28:18
put 20:5,19 36:2,12
37:23 38:14 42:4
43:4 50:15 66:3
putting 35:3

Q

question 4:10 5:15
5:17,18,20,24 6:4
6:6 30:15 32:5
questioned 49:7

questioning 49:5
questions 5:3 52:2
66:7,9

R

R 67:2
R-I-C-H-A-R-D 7:17
radio 43:2,6,9,13
ran 47:23,25 48:1
read 62:14
reading 4:8
ready 26:1
really 6:12 9:2
53:22
reason 17:25 18:10
62:21
recall 22:21 29:6
38:21 39:4 47:2
49:1 50:21,25
66:5
receipt 30:21 31:3,4
43:18,22 52:5
59:17,22 60:1,7
receipts 30:22 31:2
38:9,10 42:6,10
42:13,16,18,21
43:5,9,10,15 44:2
52:19 53:2,10,14
53:18 54:6,14
59:9 60:13 61:7
64:16
receive 17:25 19:3
received 15:2 17:13
19:17 20:2,12,24
21:24 24:9 54:15
receiving 17:14,19
17:21
recollection 20:23
31:15,23 62:18
record 17:15,16
29:24,25 30:6,7
58:23,25
records 61:13
62:21 63:5,6
red 51:16,17 65:1
65:24
referred 61:22
refresh 31:15,23
refreshes 62:18
regardless 20:21
regards 37:5
Registered 1:13
67:9,22
regular 59:7 66:10
66:12,14
reiterate 21:10
relaxer 7:2

release 23:12 51:3
51:11 63:25
released 15:23,24
20:7 22:18,21,22
23:8,9 54:24
56:10,14 57:24
remember 7:6 9:2,4
9:8 22:18 25:16
25:19 27:9 32:1
32:13 33:8 35:2,2
39:12 41:8 42:9
43:14,17,21,24
44:7,9,17,21 45:2
45:6,9 48:20
49:25 51:15,19,24
52:3 55:1 56:1
63:11
repetitive 16:17
17:7
rephrase 6:5
Report 23:13
reporter 1:14 5:19
66:10 67:10,23
Reporters 1:22
REPORTING 1:21
represent 4:18 64:8
64:23
representatives
59:5
resellers 51:8
reserve 30:15
reserved 4:11
residential 10:14
respectful 45:18
46:25 47:3
respond 5:24
result 14:17,21 17:6
25:13
retained 52:8
review 62:17
Richard 1:3,9 3:3
4:2 7:15
rid 15:4
right 7:9 14:14
16:12,23 18:24
20:19,21 21:19,23
22:5 24:15,18
25:1 30:15,25
31:4,13 35:7
36:14 37:15 41:1
42:22 45:10,25
48:14 50:15 53:3
55:19 57:20,22
58:20 59:22 61:11
61:18 62:5,8,12
63:23 64:17
RIGHTS 2:8

risk 18:19,21
river's 33:10
RN 9:3
Road 7:22 8:2 28:9
28:13 32:13,14
56:1,15,18,20
57:6 60:9
rob 18:10,13,15,22
robbed 30:12 38:5
49:24 60:8 63:8
65:5
robberies 62:24
robbery 20:8,15,20
20:22 21:18 22:12
22:13 23:10 24:6
24:8,14 25:5,6,13
38:7 45:13 63:2
robbing 50:5 63:2,3
rolled 40:16 41:14
roofing 13:20,22
room 49:3 51:14
ROR 56:3
round-him-up
37:19,20
run 48:2,6
running 35:4

S

sat 5:2 22:2 40:8
49:3
Saturday 18:7
saving 45:1,21
46:11
saw 34:16
saying 5:25 20:12
20:18 29:7 41:8
43:14,17,21 44:11
45:23 46:18,24
47:7 49:10,25
50:9 60:19 61:9
65:17
says 10:19 30:23
30:24 35:3
scared 34:23 35:14
scene 39:10
school 9:18,20 10:2
10:8
schooling 10:21
schools 10:3,5
SCI 57:8
sciatica 6:25
screwed 56:5
scrubs 26:3
sealing 4:8
Sean 11:24
search 37:7
searching 38:16,17

39:7
seated 40:19
second 30:4 62:11
62:19
security 15:18 16:1
16:6,9 17:9,11,19
21:11 30:11
see 38:19 39:10
49:17 50:24 58:16
62:17 63:15
seeing 51:16,17
seen 39:8 47:23
65:7
sell 51:11
sense 6:10 18:25
sent 22:23 23:1
56:20 57:8
sentence 21:24
22:7,8,14,19
54:22,25
September 23:8,23
sequencing 24:12
sergeant 36:13,15
37:13,17 38:4
44:24 45:14,23
46:10
serious 41:15,19
45:12 47:4
serve 22:1,7 57:20
served 56:24
serving 55:22 56:18
set 23:19
settle 14:16 18:18
19:3
settled 14:19 18:1
19:6
settlement 14:13
15:25 18:3,5
64:20,23
settling 17:23
setup 42:25
seven 57:7
shake 5:24
shift 27:7
shine 34:17
shined 35:13,16,23
shines 34:22
shirt 36:16,17
shit 50:9
shoes 44:18
short 11:17 46:4
shorthanded 12:5
Shotland 2:9 3:4
4:15,18 5:10
14:22 15:10 16:3
16:4 17:15,17
19:9,20,25 22:17

26:14 27:6 29:24
30:1,6,8 48:9
55:12,17 57:19
58:15,24 59:19
61:10 63:20 64:5
66:7,14
**shoulder** 16:12,23
**show** 19:17 49:12
49:18 53:17 58:5
60:6 61:6 62:23
63:1,2,7
**showed** 20:2 59:16
59:20,25
**showing** 60:7 61:7
**shown** 59:21 60:12
60:14 63:5
**shows** 10:21 30:13
**side** 15:8 33:10,10
33:11 35:19 40:15
40:25
**sign** 37:20 49:13
**signed** 63:22
**signing** 4:8
**silver** 26:12
**single** 42:11,14
**sister** 26:6,8 60:5
**sister's** 26:5 53:7
**sit** 56:9
**sitting** 22:9 34:6,8
39:16,22 63:12
**six** 57:7
**skewed** 14:14
**slammed** 9:7,11
46:21
**smooth** 5:12
**sneaker** 50:25
**sneakers** 3:9 44:10
44:11,12 49:21,22
49:23 50:1,3,6,7
50:10,14,15,17,18
50:19,24 58:6,6,8
58:10,19
**Social** 15:18 16:1,6
16:9 17:9,11,19
21:11
**Soft** 13:15
**sold** 23:14
**somebody** 59:25
**sorry** 9:5 24:2 30:4
38:9 41:14 45:7
45:23 48:4 52:8
53:7,22 59:10
**Sounds** 21:23
**South** 7:24
**speak** 48:18
**special** 50:18 51:2
**specific** 28:18

**speculate** 53:24
**spell** 7:14 12:2,9
**spend** 54:17
**spoke** 48:16
**spotlight** 34:11,17
34:22 35:13,16,23
**standing** 40:21
48:25
**started** 9:22 35:13
38:15 46:14
**state** 7:14 15:21
20:13,17 35:6
55:25 56:15,18,20
57:3,6 59:4
**STATES** 1:1
**status** 25:4
**steady** 11:16,18
**stood** 50:14
**stop** 14:4 28:12
29:20 44:23
**stopped** 13:4 28:13
32:16 46:16
**stopping** 32:14
**store** 18:11,13,15
18:22 30:12 39:19
44:6 49:24 50:5
60:8 63:3,4,7
**story** 6:10
**straight** 28:9
**street** 1:11,22 2:3
2:10 28:3,9 32:25
33:4,6,8 40:22,22
40:23 44:7,8
**stripes** 36:16
**stuck** 14:16
**stuff** 14:24 15:9,15
26:1,16,21 43:4
59:5
**substances** 6:16
**suggested** 18:21
**Suite** 1:22 2:3
**SUMMIT** 1:21
**Sun** 65:1,24
**supposed** 14:13
56:3
**sure** 19:9 24:2 26:2
29:9,12 66:2
**SUVs** 34:9
**sweater** 36:18
**swinging** 16:20
**sworn** 4:3

—— **T** ——

**T** 67:2,2
**take** 5:19 19:14
25:9 28:16 41:24
46:5 48:15 49:14

58:24
**taken** 1:9 6:16 47:5
67:14
**talked** 21:8 52:5
**talking** 38:8 39:16
47:9,16 50:9 60:3
**tap** 28:15
**tapping** 29:23
**Technical** 10:13
**telephone** 61:14
**tell** 4:3 10:7 25:21
31:6 37:4,12,25
38:13 39:2 43:8
59:8
**telling** 36:24 44:21
45:4,9 51:19
60:21
**ten-year** 21:24
**tenth** 9:25
**testified** 4:5 24:25
54:23
**testify** 7:7 51:14
**testifying** 6:17
**testimony** 21:10
**text** 45:4
**texted** 9:6 46:18
**thing** 5:5 15:16
17:23 20:13 36:9
37:10
**things** 7:6 14:5
16:13 52:2
**think** 11:25 19:6,12
19:14 20:11,21
21:10 24:25 35:18
36:18 38:25 39:6
41:5,21 42:25
43:1 44:5 45:15
47:3,15,22 53:3,9
53:16,20 54:19
56:20,24 59:13
60:16,22 61:8
**thinking** 59:12
**thought** 20:6 46:1,7
47:21,22 49:15
53:21 59:23
**thousand** 18:19
**three** 10:6 25:9 38:5
51:12 53:2,16
54:9 57:2,6
**time** 4:11 11:8,19
12:22,25 14:11,18
15:5 16:6 20:8
21:12 22:1,12
23:20 26:6,7,8,21
27:19 29:13,20
31:11,21 34:7,20
36:25 38:1,10,12

38:13,14,15 39:1
39:2,3,4 42:24
43:19 44:25 45:4
45:19 47:1,15
48:25 50:11,13
51:7 54:8 55:4
56:18,25 57:1,21
59:3,9,10,12,17
59:18 60:9 61:25
62:24 63:1,4,10
66:4
**times** 5:16 16:21
34:12,14 43:22,23
63:1,12,16
**today** 4:21 6:16
30:15
**told** 18:9,17 45:2,7
45:17 47:6 49:8
59:15 63:11
**top** 50:23
**Torresdale** 27:25
32:25 34:4
**total** 18:1 54:17
**town** 10:9
**trade** 10:13
**training** 10:22,24
11:1,14
**transcript** 66:13
67:16
**trial** 4:11
**trick** 6:9
**tried** 63:11
**trigger** 15:6
**trouble** 13:11 61:8
**truck** 34:9 35:18
**truth** 4:4
**try** 5:22,25 6:13
34:12
**trying** 6:9,10,12
18:24 34:6,8
42:25 45:4 60:18
61:1,2,6
**Tuesday** 56:21
**tunnel** 13:6 16:18
16:22
**turn** 45:16 51:11
**turning** 37:18
**turns** 17:2
**twice** 42:1
**twisting** 16:19
**two** 13:13 22:24
23:3,5 25:9 30:16
30:22 38:5 40:15
52:16,17 53:2
54:11 57:2 60:9
62:11 63:16
**type** 37:10,19

**types** 14:4

—— **U** ——

**U-turn** 34:10,16
**uh-uh** 6:1
**unable** 25:10
**underneath** 43:2,6
43:9,13
**understand** 6:4,11
6:13 17:18 18:23
18:25 22:8 25:18
33:3 55:18 60:18
61:1 65:4,21
**understanding**
18:4 23:23 25:3
**understood** 6:6
25:12
**UNIT** 2:8
**UNITED** 1:1
**unmarked** 36:10
**unsecure** 56:3
57:17
**unsecured** 57:13
**upset** 51:18,19
**use** 5:23 29:2
**usually** 25:24

—— **V** ——

**vehicle** 36:21 37:8
38:16,17,20 39:14
40:8,19 42:7,24
52:11,13
**vehicles** 36:10 43:3
**verbal** 5:22
**vest** 36:18,19
**video** 30:11,11,12
44:11,18 49:10,12
49:14,17 65:23,24
**Videographers**
1:22
**videos** 30:5,16
**view** 61:4
**violation** 55:22
**violence** 23:17
**voluntary** 18:6,8
**vs** 1:4

—— **W** ——

**W-O-J-T-U-S-I-K**
8:14
**wait** 5:14,18 29:22
51:10
**waiting** 32:3
**waived** 4:9
**walk** 32:20
**walked** 35:24
**wallet** 39:6,7

Walnut 1:22
want 6:1 7:15 10:3
  15:9 37:9 49:13
  60:15
wanted 18:2
ward 15:20
wasn't 11:18 13:8
  15:22 21:15 29:7
  29:7 34:7 35:20
  47:16 49:8 60:14
  63:3
wasting 47:19
way 26:17 46:4,4
  66:2
We'll 19:16
we're 20:14
we've 21:17 45:8,17
wearing 49:24
  58:10
Wednesday 1:12
weekend 9:4 56:10
weeks 50:23
Welsh 28:13 32:13
  32:14 60:9
went 10:13 15:4
  23:5 34:10 39:5
  48:16 50:8,8 56:1
  56:2 57:11 64:23
weren't 21:13
whistled 37:13
white 44:15,16
  48:24
wife 25:23 27:7,13
  27:16 45:4,7,8
  46:14 52:8 53:7
  60:4
wife's 53:6
window 40:17
Winter 2:3
withdraw 57:17
withdrawing 32:11
withdrawn 28:21
  29:10
withdrew 31:11,22
  31:25
witness 3:2 5:6,8
  22:15 25:23 40:1
  40:2,9,9,12,13
  48:6 55:7 57:16
  58:22 59:1 66:15
Wojtusik 8:14,17
woman 40:3,4
word 41:16 42:14
words 5:23
work 9:5,8 11:14,16
  11:18 12:15,22,25
  13:9,11,16 17:7

25:24 26:20,23
  27:14,16
work-related 13:3
worked 11:6,23
Workers' 5:4 11:19
  14:10,25 17:21,25
  18:5,18 19:1,4,11
  20:5 21:12 64:1
  64:22
working 11:8 13:4
  13:13 16:15 21:13
  26:1 27:1,7
works 9:3 27:2 59:2
  59:3
worried 37:1
worry 37:3
wouldn't 37:12
  38:13 49:18,19
wrinkle 26:2
www.summitrep...
  1:24

---

**X**

X-I-A-O 65:9
X-I-U 65:9
Xiao 65:7,11
Xiu 65:7,10

---

**Y**

yeah 44:10,12
  45:13
year 20:16 22:21
years 22:16 23:22
  23:24 54:25
years' 24:9
yelled 37:13
yelling 42:5
youngest 26:7

---

**Z**

---

**0**

0732 31:10
08037 1:23

---

**1**

1 3:9
1:00 1:13
10 39:24,25 54:22
  56:12,17
1026 2:3
10th 55:24
11 13:17
11th 9:22
13 55:4,16,23
13th 57:14,16
14 54:19 55:2

14th 1:11
15 39:24,25 54:19
  55:2
150 51:10
1500 1:22
1515 1:10 2:10
16 19:6
16-5671 1:5
16,000 20:21
1610 1:22
18 19:6
19 24:3
19102 1:23
19107 2:4
19114 7:23
19191-1595 2:10
1980 7:20
1998 8:3

---

**2**

2 3:10
20 13:7 19:12,18,24
  39:24 49:4
200 2:3
2002 11:12
2003 11:12 21:18
  22:6 24:1,3,13
2004 21:21 22:6
  24:14
2009 13:17 22:22
  23:4
2010 12:24 13:17
  23:8,23 54:24
2011 8:16 13:2 14:6
2012 14:6
2013 8:5,9,18 17:12
  24:18,20 25:5,16
  30:24 54:23 55:19
  56:16 61:17 64:13
2014 55:4,6,8,15,16
  55:23,25 56:12,17
  57:10,21,21,25
2015 54:22
2017 1:12
215 1:24 2:4,11
215)760-7094 61:18
215)776-6796 61:14
215)941-3533 62:4
22 7:20 21:21
23 24:20 25:16
  30:24 55:19 61:17
23rd 18:7 25:8
  56:20 64:13
25th 18:8 20:3
  56:22
267)339-5712 62:7
  62:13

26th 56:22

---

**3**

3 3:11
3:14 66:16
30 19:5 40:5 49:4
30,000 14:16 19:4
300 50:6,17
32 20:19
35,000 15:25

---

**4**

4 3:4
4/22/80 7:20
40 31:11,12,16,17
  31:18,19 40:5
400 51:12
424 1:23
447-8648 1:24

---

**5**

5 1:12 41:12
5:00 26:22 27:10
5000 16:21
567-3315 1:24
58 3:9

---

**6**

6 28:5
6-ounce 16:20
6:00 26:23,23 27:1
  27:1,18,20
60 19:18
609 1:24
63 3:10
64 3:11
65,000 14:15
6630 31:3,8,9 32:6
683-5434 2:11

---

**7**

7 28:5 55:6,15
  57:21
7:00 27:2,3,8,17
7:30 27:2,4,8
7:39 61:17 62:1,10
7:40 29:22 31:22
  32:2 62:3,10
7:41 62:6,10
7:45 29:21 30:24
  31:24 32:1
7:46 30:24 31:24
  62:13
732 31:4 32:9
7500 34:4 64:8,14
7th 57:18 58:3

---

**8**

80 28:17 29:9
800 1:24

---

**9**

9101 7:22
925-9732 2:4
941 63:9
941-3533 63:15
985-2400 1:24
99 8:3



EXHIBIT
Collins-1
4-5-17 MB

EXHIBIT
Collins-2
4-5-17 MB



I, Richard Collins, D.O.B., 4-22-80
S.S. # 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 hereby give Michael I.
McDinott, Esq. Power of Attorney to sign
and execute all documents in reference to
the Compromise and Release paperwork in
reference to my Workers' Compensation claim
against my former employer Philadelphia
Pretzel Factory. I understand that the
claim is being settled for $16,848
and that Michael I. McDimott is entitled
to twenty (20%) of the settlement amount.

I recognize that the settlement of the
claim brings the matter to an end
that I can not seek any further
benefits as a result of the work
related accident. That I hereby resign my position.

Other then the agreement, no one
has made any other promises to
get me to enter the Compromise and
Release Agreement. I am making a knowing
intelligent and voluntary decision.

Witness:                          Richard Collins
Ruben Morales  # LC8159          3-16-14

Ruben Morales



EXHIBIT
Collins 3
4·5·17 MB

I hereby agree to pay my

attorney, Michael I. McDermott, Esquire

$7,500.00 to represent me in the

Matter of Commonwealth v. Richard

Collins. This figure does not

include Costs.

Richard Collins
Richard Collins 3-16-14