EXHIBITS "H"

| INVESTIGATION INTERVIEW RECORD | PHILADELPHIA POLICE DEPARTMENT Northeast Detective Division | CASE #13-04373 INTERVIEWER: Det. Dewey #501 |
|---|---|---|

| NAME P/O MICHAEL BERKERY | AGE | RACE | SEX | DOB |
|---|---|---|---|---|
| ADDRESS | | APARTMENT # | | PHONE |
| NAME OF EMPLOYMENT/SCHOOL | | | | SSN# |
| ADDRESS OF EMPLOYMENT/SCHOOL | | DEPARTMENT | | PHONE # |

| DATES OF PLANNED BUSINESS TRIPS | | |
|---|---|---|
| NAME OF CLOSE RELATIVE | | |
| ADDRESS | | PHONE# |
| PLACE OF INTERVIEW N.E.D.D. | Date  03/23/13 | TIME  9;50PM |
| BROUGHT IN BY SELF | DATE  03/23/13 | TIME 9:50PM |
| WARNINGS GIVEN BY | DATE | TIME |

| ANSWERS | | | | | | |
|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) |

Q.  Officer what happened at 4542 Cottman ave this evening that brings you to N.E.D.D.

a.  I responded to a robbery in progress at 4542 Cottman ave at approximately 7:45pm, today's date. Prior to my arrival I heard flash nformation being transmitted over police radio I surveyed the area. I saw a w/m that fit the description at 7500 torresdale ave I stopped the male. The complainant was brought to my location where the suspect was positively identified as the offender for the robbery at 4542 Cottman ave at the Red Sun food market.

Q.  Were you solo or working with a partner?
A.  A partner Sgt Pisarek # 348 15th dist 5-E

Q.  what was the suspect wearing when you stopped him?
A.  A grey hoodie and blue jeans.

Q.  what was the flash information on the suspect?
A.  W/M 6' green eyes black jacket with fur on the hood and blue jeans.

Q.  Why did you stop this male?
A.  He fit the physical description of the offender.

Q.  Did you recover a gun?
A.  No

Q.  Before I conclude this interview is there anything else you can tell me?
A.  No

EXHIBIT
PENGAD 800-631-6989
Scott-4
4-13-17AD

P/o R  94104

| RECORD | CHECKED BY: |
|---|---|
| [ ] YES    [ ] NO | |
| REVIEWED BY: | |

75-483