EXHIBITS "I"

FORM 75-48A

**PHILADELPHIA POLICE DEPARTMENT**
**VEHICLE OR PEDESTRIAN INVESTIGATION REPORT**

DRAFT F 4/13/99

PAGE ___
OF ___

| YEAR 13 | DIST OCC 15 | D.C.# 26276 | SECT 3 | DIST 15 | VEH 1 T/1 | REPORT DATE 3/23/13 | TYPE OF STOP ☐ CURFEW ☐ VEHICLE ☐ TRUANT ☒ PEDESTRIAN | CODE 2701 |

**GENERAL** *(MUST BE COMPLETED)*

LOCATION OF OCCURENCE: 7500 TORRESDALE AV.
APT # — ☐ INSIDE ☒ OUTSIDE — TYPE 53 — TIME OUT 7:55 ☒PM

DATE / TIME OF OCCURENCE: 3/23/13  7:55 ☒PM  DAY 6
DATE / TIME OF RELEASE OR ARREST: 3/23/13  8:10 ☒PM  TIME IN 8:10 ☒PM

NAME OF PEDESTRIAN / DRIVER: Richard Collins
SEX: ☒M ☐F  AGE 32  DOB 4/22/80
RACE: ☒1 WHITE ☐3 ASIAN/PACIFIC ISLANDER ☐2 BLACK ☐4 AM. INDIAN/ALASKAN NAT
LATINO: Y ☐ N ☒

ADDRESS: 9101 Blue Grass Rd.  APT # —  CITY PHILA  STATE PA  ZIP CODE 19114  DIST RES 8  NICKNAME

SS# —  OPERATOR'S LICENSE # 26431780  STATE PA  HEIGHT 60"  WEIGHT 175  BUILD AVG  EYE COLOR GRN  HAIR COLOR BRO

FACIAL HAIR: BEARD  COMPLEXION: LIGHT  ACCENT: No
FURTHER DESCRIPTION (SCARS, CLOTHING, ETC): Grey Hoodie / Jeans

**PED STOP**

☒ INDIVIDUAL MATCHES FLASH INFO
FLASH INFO: Grey Hoodie / Blk Jckt w/ Fur on Hood + Blue Jeans

☐ INDIV. INVOLVED IN DISTURBANCE — TYPE OF DISTURBANCE

☐ OTHER REASON FOR STOP — DESCRIBE FULLY INCL SUSPECTED CRIME: Above male stopped for matching Flash Info From Robbery. Positive ID'd by comp. Taken to 15th for Processing.

ARREST: Y ☐ N ☐

☒ VICTIM ☐ WITNS — NAME: Xiumei Xiao
SEX ☐ ☐  AGE ___  DOB ___  POSITIVE ID Y ☒ N ☐
ADDRESS ___  APT # ___  CITY ___  STATE ___  ZIP CODE ___  PHONE (HOME) ___  PHONE (WORK) ( )

**VEHICLE STOP**

☐ VEHICLE MATCHES FLASH INFO — FLASH INFORMATION

☐ VEHICLE IN VIOLATION OF MVC — CODE SECTION — REASON FOR STOP
TC ISSUED? Y ☐ N ☐

☐ VEHICLE INVOLVED IN CRIMINAL ACTIVITY — DESCRIBE FULLY INCL SUSPECTED CRIME

☐ OTHER — DESCRIBE FULLY

ARREST: Y ☐ N ☐

| YEAR | MAKE | MODEL | TYPE | COLOR | STATE | M/YR EXPR | PLATE # |

VIN ___  DISTINGUISHING CHAR ___

REGISTERED OWNERS NAME (LAST, FIRST) ___  ADDRESS (NUMBER, STREET) ___  CITY ___  STATE ___  ZIP CODE ___

EXHIBIT
PENGAD 800-631-6989
BOTT S
4-13-TAB

**SEARCH/SEIZURE**

INDIVIDUAL/VEHICLE FRISKED? ☒Y ☐N
(IF YES STATE REASON(S) WHY YOUR SAFETY WAS AT RISK?): Male was stopped for matching info for Robbery, point of Gun. Male had Bulge in front Pocket which was cellphone

INDIVIDUAL/VEHICLE SEARCHED? ☒Y ☐N
(IF YES INCIDENT TO ARREST, RESULT OF FRISK, OTHER PROBABLE CAUSE?): And Wallet. Incident to Arrest

EVIDENCE/CONTRABAND RECOVERED? ☐Y ☒N
(TYPE AND LOCATION RECOVERED)

**MISC**

REPORT PREPARED BY: Berkery
PAYROLL 832734  BADGE 9464  DIST/UNIT 15  PISARZEK # 348
REVIEWED BY ___  PAYROLL ___  DIST/UNIT ___  REFERRAL DATE / /  GEN # ___