```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICHARD COLLINS,                   :    CIVIL ACTION
                                   :    NO. 16-5671
        Plaintiff,                 :
                                   :
    v.                             :
                                   :
THE CITY OF PHILADELPHIA, et al.,  :
                                   :
        Defendants.                :
```

**O R D E R**

**AND NOW**, this **26th** day of **April, 2018,** for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendants' motion for summary judgment (ECF No. 13) is **GRANTED** as to all claims.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,   J.**